Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court
299 East Broward Blvd.
Fort Lauderdale, Fl. 33301



FILED BY ___ D.C.

MAY 18 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Amicus One – Change the Narrative and Save Mankind

Reference my U.S. Supreme Court Writ 14-10077 - Extraordinary Writ with Writ of Prohibition and Writ of Mandamus. Filed May 7th, 10th, 18th (2) and 22nd, 2015.

My book (140 pages), The Supreme Court Murdered Mankind (TSCMM), was published November 8th, 2015. Pages 1, 2, 8, 124 - 125, 135 – 136, 137, 138 – 139 and 140 are attached. I will email you the complete book or you can download it from www.Amazon.com for ninety-nine cents.

The United States v. Boucher is included because it involves Doctor/Senator Rand Paul. See page 2 of TSCMM. For a Doctor to know the truth and not directly disclose it is reprehensible.

The United States v. Flynn was included because it involved Special Counsel/FBI Director Robert Mueller, he was instrumental in having me classified as a terrorist, and Judge Sullivan who was the presiding Judge in the Senator Ted Stevens case. Judge Sullivan negated the conviction of Senator Stevens because of **prosecutor misconduct**, but not until after the election. The conviction resulted in a two-vote swing in the Senate and thus we ended up with Obamacare.

The United States v. Stone was included because it involved Special Counsel/Robert Mueller and because it is ongoing.

The rest of the cases are included because they involve China. While China is a contributing factor, the United States must accept responsibility.

*"The Katrina Virus, Time, Math, COVID19, other Governments, China, Trump, Biden, Roberts, Pelosi, McCarthy, Schumer, McConnell, the other Demigods, the money hungry and suicidal press, etc. will ensure that the truth comes out."* And now the Catholic Church.

United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani
Eastern District of Michigan
231 W. Lafayette Blvd., Room 252
Detroit, MI 48226

United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan
Federal Court
333 Constitution Ave. N.W.
Washington D.C. 20001

United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson

Federal Court
333 Constitution Ave. N.W.
Washington D.C. 20001

Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana
Hon N. V. Jolivette Brown
500 Poydras Street
Courtroom C227
New Orleans, LA

State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri
Judge Stephen Limbaugh
Federal Court
555 Independence Street
Cape Girardeau, MO 63703

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada
Judge James C. Mahan
Federal Court
333 S. Las Vegas Blvd
Las Vegas, NV 89101

Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade
Federal Court
1100 Commerce St.
Room 1625
Dallas, Texas 75242

Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California
Judge David O. Carter
Federal Court
411 West Fourth St.
Courtroom 9D
Santa Ana, CA, 92701

Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California
Judge R. Gary Klausner
Federal Court

255 East Temple Street
Los Angeles, CA 90012

Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court
299 East Broward Blvd.
Fort Lauderdale, Fl. 33301

Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody
Federal Court
601 Market Street
Philadelphia, PA 19106

United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson
U. S. District Court D.C.
333 Constitution Ave. N.W.
Washington D.C. 20001


Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on May 15th, 2020 I filed the foregoing with the Clerk of Court and served the
pleading on all counsel of record by e-mail and first-class mail.

---

David Andrew Christenson

# The Supreme Court Murdered Mankind

# Writ 14-10077

# The Katrina Virus

# By David Andrew Christenson

November 8th, 2015

The United States developed the perfect military weapon. This weapon was organic, easy to disperse, dissipated in five days and the result was the opposing army committing suicide. This weapon contained a derivative of the Katrina Virus and was negligently released during Hurricane Katrina.

The Supreme Court has covered up the release and the impending Genocide of Mankind.

They classified me as a terrorist for trying to inform you.

October 12th, 2050 is Mankind's final day. Cause of death will be suicide related to the Katrina Virus (A compilation term).

Mankind's immune system(s) is being destroyed.

The number one cause of death will be related to the respiratory system, i.e. flu, pneumonia, etc.

Suicides will surpass births between now and then.

The world will not be able to support the financial (medical) costs associated with the destruction of Mankind's immune system(s).

The Supreme Court Murdered Mankind
Writ 14-10077
The Katrina Virus
By David Andrew Christenson

Index

This is DOCUMENTATION for the Genocide and the Crimes Against Humanity that was and is being committed by the Supreme Court against Mankind.

Original documentation received from the Supreme Court is included in the second book: "The Supreme Court Murdered Mankind Original Documentation from the Supreme Court" and will be identified as ODSC Book 2 (ODSC Book 2)

Do not doubt what you are about to read as all of it is factual and verifiable.

Please do not judge me as the messenger. Please judge the message, incoherent and disjointed as it may be. I am a Federal Whistleblower who never received any training or education on how to prevail. I did the best I could, considering I was fighting a corrupt system that had no use for the Constitution and the fact that I had no money and no support from anyone and that includes those people that had an ethical, moral and legal obligation to help me and mankind. I reached out to over 100 law firms and law schools as well as Whistleblower non-profits.

The original Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus was stolen from my home after it was docketed by the Supreme Court. I believe the FBI is responsible for the theft as it was the only item taken. I have tried to duplicate the original Writ as best I could. Duplication of the Writ became even more complicated when Microsoft closed my primary email account on behalf of the Department of Justice. I used davidandrewchristenson(at)hotmail.com for all of my legal notices and for storage. The FBI destroyed three of my computers and all of my backups. I thought the "Cloud" would be safe. The Supreme Court refused to provide me with a copy of the original Writ. Clerks Jeffrey Atkins 202-479-3263, Chris Vasil 202-479-3027 and Scott Harris 202-479-3000, etc. refused to provide me with a copy after repeated written and verbal requests. (All attachments have not been included because of space and financial limitations.)

Please reference United States Court of Appeals for the District of Columbia Circuit: 14-5207 Larry Elliot Klayman v. Barack Hussein Obama and 14-5212 Rand Paul v. Barack Hussein Obama. There is substantial documentation, over 100 unanswered pleadings, in the two appeals that are available on line and via Pacer. The critical omission from the dockets, even when the court ordered, is that the Department of Justice never filed any response, objection, pleading, memorandum, motion, etc. and yet the appeals were dismissed. I filed for Summary Judgement. I filed a motion to join/intervene in both class action complaints that were filed on behalf of the American People because I had cause and standing. The two original class action complaints were filed in the District of Columbia District Court.

No. 14-10077

---

In The

# 𝔖upreme 𝔄ourt of t̪e 𝔘nited 𝔖tates

David Andrew Christenson
Plaintiff
v.
United States of America
President Barack Obama, et. al.,
Defendants
(Consolidation of three Appeals for Extraordinary Writ)
United States Court of Appeals for the Fifth Circuit
No. 13-31078
United States Court of Appeals for the District of Columbia Circuit
14-5212
United States Court of Appeals for the District of Columbia Circuit
14-5207

---

**Extraordinary Writ with Writ of Prohibition and Writ of Mandamus**

---

***David Andrew Christenson files this Extraordinary Writ***
***on behalf of himself and the American People***

---

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

---

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus filed May 22nd, 2015
Writ of Certiorari filed May 18th, 2015
Extraordinary Writ Second Addendum filed May 18th, 2015
Extraordinary Writ Addendum filed May 10th, 2015
Extraordinary Writ filed May 7th, 2015

14-10077
July 4th, 2015
Objection with Constitutional Question
Supplemental Three
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

Premise
The facts are not in dispute.

Objection

Plaintiff on behalf of himself and the American People object to the Solicitor General representing the American People. There is truly a conflict of interest between representing the Federal Government and the American People.

Constitutional Question

Who should represent the American People when the Executive Branch has criminally violated the Constitutional Rights of all Americans? In essence the Executive Branch is protecting itself and not the American People or the Constitution. It is critical to have transparency when life and death decisions are being made by government officials. It would take a defective human being to present a defense to a defenseless position.

Idea and Possible Solution

Have Solicitor General, Donald B. Verrilli, Jr. file a sworn affidavit that answers the following questions:

1.      Did the US Military murder Americans in New Orleans during the Hurricane Katrina time frame?
2.      Did chemical warfare contaminants (the Katrina Virus) leak into the environment during the Hurricane Katrina time frame?
3.      Did the Federal Government violate the Constitutional Rights of Federal Whistleblower Captain David Andrew Christenson?
4.      Did the Executive Branch lie to the Supreme Court?
5.      Is there a cover-up?

Personnel Question

In a life and death situation for your kids and grandkids who would you rather have fighting for them, me or them?

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086,
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on July 4th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

Extraordinary Writ Narrative
May 7th, 2015

I, Federal Whistleblower Captain David Andrew Christenson, will be writing this narrative in first person. I am Pro Se on behalf of myself and all Americans. Please consider me to be a death row inmate, figuratively and literally speaking, with no resources. There have been many attempts on my life by the Department of Justice with the most heinous being my false arrest on March 15th, 2011. I was never charged with a crime. I was placed in isolation by the Department of Justice for 11 days and medicated against my will. My heath and that of my wife, both mentally and physical, has deteriorated to a point that we may not recover. We both suffer from severe Post Traumatic Stress Disorder (PTSD). I have no money or assets. I am borrowing the money to pay for the toner, paper and postage so that this Extraordinary Writ can be filed. I should not have to lose my life while seeking justice for myself and the American People.  Everything that I am stating is factual, documented and verifiable. A death row inmate can file a one page handwritten Writ and I as a Federal Whistleblower should given the same consideration per the Constitution and the First Amendment. The Federal Government has intentionally placed me in this position. The Federal Government should not prevail because they repeatedly violated my Constitutional Rights. I deserve to be heard on behalf of myself and all Americans. Please grant this in the interest of Justice.

I have made a Herculean effort to save the American People. The last sentence of the First Amendment of the Constitution of the United States of America states that I have a right to: "and to petition the Government for a redress of grievances."

I admit that this Extraordinary Writ is disjointed and incoherent. There is no way to tell this story as it would take a quantum computer to do so. You could say that I am the unluckiest American in the world. I am attaching previously filed Supreme Court pleadings as a way of telling my story. All of these pleading are date time stamped and copies have been filed in many Federal Courts but more specifically in my appeals at the 5th, 8th and District of Columbia Circuits. The documentation is there for all of America to see. This evidence exists on the World Wide Web and one day could be used against the Supreme Justices in criminal trials. There is no escaping the truth and one day the cover-up will be exposed. There will be accountability.

I do believe in God (not zealously) and I feel that I am doing his work. By the grace of God I am being allowed to serve my penance here on earth.

I beg the court to grant justice to the American People.

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 7th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and Pacer notification.


_____

David Andrew Christenson

Constitutional Questions
May 7th, 2015

1.      Should I as an American (Federal Whistleblower) lose my life for standing up for my country and all Americans? I was labeled a terrorist by the Department of Justice in 2010.

2.      Should my Constitutional Rights be taken away from me to protect the criminal activities of the Federal Government? We are talking the Genocide of the American People and Crimes Against Humanity.

3.      Should the United Military be allowed to murder Americans on US soil as they did during Hurricane Katrina?  This is a criminal violation of the Constitution and the Posse Act. Americans were denied due process and their Constitutional Rights.

4.      Should the Federal Government be allowed to cover-up the release of chemical warfare contaminants, THE KATRINA VIRUS, during Hurricane Katrina?  The Katrina Virus is a compilation term.

5.      Do I have a Constitutional Right per the Constitution and the First Amendment to: "and to petition the Government for a redress of grievances."

6.      Do I have a Constitutional Right to join a class action lawsuit that was filed on my behalf and those of all Americans? The United States Court of Appeals for the District of Columbia Circuit called it "'frivolous". How can a Motion to Join a lawsuit filed on behalf of all Americans be frivolous?   What is even more grotesque is the fact that the Department of Justice never filed a response, objection, motion, memorandum, pleading, etc. My Summary/Default Judgment should have been granted. The court made it clear that 99.99% of Americans don't count and that our lives and Constitutional Rights don' matter.

7.      Do I lose my Constitutional Rights because I am unable to pay for an attorney?

Amended Index and Attachments
May 8th, 2015
(Original filed May 7th, 2015)

Page:

1.     Cover page Extraordinary Writ.

2.     Narrative

3.     Constitution Questions.

4.     Index

5.     Relief and Exceptional Circumstances

6.     All other Supreme Court requirements are located within attachments 1 – 6. Please reference
attachment 5: Modified Extraordinary Writ. This completes the Supreme Court procedural
requirements.

As a Pro Se Federal Whistleblower I have made a herculean effort to exercise my Constitutional Rights. I
have done the best that I can do. I am not an attorney but yet I have filed pleadings in over 30 Federal
cases (at least 10 were mine) in support of my effort to uncover the truth. Please, I beg you, judge this
Writ on its' merits. Please judge the message and not me as the messenger.

Attachment:

1.     Previously filed with the Supreme Court and date time stamped on:
Emergency Motion and Order March 4th, 2015. 26 pages.

2.     Previously filed with the Supreme Court and date time stamped on:
Emergency Motion and Order March 12th, 2015. 12 Pages.

3.     Previously filed with the Supreme Court and date time stamped on:
Second Supplemental to Emergency Motion to Order Publication March 18th, 2015.  7 pages.
Supplemental to Emergency Motion to Order Publication March 18th, 2015. 3 pages.

4.     Previously filed with the Supreme Court and date time stamped on:
Extraordinary Writ March 25th, 2015. 12 pages.

5.     Previously filed with the Supreme Court and date time stamped on:
Modified Extraordinary Writ April 6th, 2015. 27 pages.
Extraordinary Writ Documentation and Evidence Showing Genocide and Crimes against Humanity by the
Supreme Court Justices. April 6th, 2015. 25 pages.

6.     Previously filed with the Supreme Court and date time stamped on:
Motion to Attend April 14th, 2015. 15 pages.

Attachment:

7.     Motion to Intervene Post Oral Arguments Open Letter to the Justices and Clerk May 1st, 2015.

8.     Prayer for a Miracle Memorandum April 27th, 2015.

Attachment:

9.     United States Court of Appeals for the Fifth Circuit Oder 13-31078 April 16th, 2015.

10.    United States Court of Appeals for the District of Columbia Circuit Order 14-5207 May 4th, 2015.
11.    United States Court of Appeals for the District of Columbia Circuit Order 14-5207 May 4th, 2015.
12.    United States Court of Appeals for the District of Columbia Circuit Order 14-5212 May 4th, 2015.
13.    United States Court of Appeals for the District of Columbia Circuit Order 14-5212 May 4th. 2015.

Relief and Exceptional Circumstances
as to why the Supreme Court must exercise its' Constitutional and discretionary powers
May 8th, 2015
(Original May 7th, 2015)

1.      Unseal The Danziger case.
2.      Motion to Join to be granted in the Danziger case.
3.      Disclose the truth about the Katrina Virus and its' release.
4.      Disclose the truth about the US Military murdering Americans in New Orleans during Hurricane Katrina. (American Sniper Chris Kyle received TDY pay for being at Belle Chase NAS per DFAS Teresa McKay. She is married to my roommate from the Air force Academy.)
5.      Disclose the truth about what criminal actions the Federal Government took against me.
6.      Disclose the truth about why I was targeted and classified as a terrorist.
7.      Disclose the truth about why I lost my Constitutional Rights.
8.      Disclose the cover-up.
9.      Grant me my two Motions for Summary/Default Judgment in the Klayman and Paul class action complaints in the amount of Eight Trillion Dollars. (The Department of Justice did not file one objection, motion, pleading, response, etc. even when the court so ordered.)
10.     I would like my life and reputation back.
11.     I would like for my wife to be healthy, she did not deserve this. The Federal Judiciary allowed all of this because of simple mortgage fraud against my wife and me. All I did was stand up for us and the rest was an insidious cancer that destroyed our lives.


GODSPEED.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Judge Roy K. Altman
Federal Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

33301-194495