Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court
299 East Broward Blvd.
Fort Lauderdale, Fl. 33301


FILED BY _____ D.C.
MAY 21 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

<u>**Amicus Three and Open Letter to Xi Jinpnig, General Secretary of the Communist Party of China**</u>

Statement of Fact: Mathematically Mankind will cease to exist in the next three to twenty years.

The truth about "The Katrina Virus" must come out if we are to survive. We must work together if we are to save Mankind. This work must be uncensored and free flowing between nations. Novel Coronavirus Pneumonia (COVID19) is a derivative of The Katrina Virus which the U.S. created.

Quote attributed to President Abraham Lincoln: "America will never be destroyed from the outside. If we falter and lose our freedoms, it will be because we destroyed ourselves." No truer words have been said.

<u>**MAKE NO MISTAKE ABOUT IT IF WE DON'T WORK TOGETHER, THIS IS THE BEGINNING OF WORLD WARS III, IV AND V. MANKIND WILL NOT SURVIVE.**</u> Worldwide life expectancies and birth rates are rapidly decreasing. When the birth rate hits a minus three percent (-3%) that will be the end of Mankind. Mathematically suicides will outnumber births in the near future. (I have added the Snowden, Manning and Winter cases. All of us are ex-military who care more about this country then anyone in the executive, legislative or judicial branches and that includes all Admirals and Generals.) (Assange case was added as well.)

> <u>**I have decided to ask China for help in saving the United States from itself.**</u>

The U.S. purchases 20% of what China sells and that makes us their biggest customer. China has a financial interest in the U.S. **not** committing suicide or self-destructing and that is exactly what we are doing. It also gives them a political interest because if the U.S. fails then the world fails and then there will be civil unrest in China – a civil war.

This is a two-way street. China's economy is taking a massive hit and they need for the U.S. to not only survive but to prosper. The world needs stability. We don't need a war in China.

Statement of Fact: The 2020 Presidential Election is being tampered with and it is being tampered with by us. Be honest, we are a Bi-Autocratic Nation. You are either a Democrat or Republican and those two parties have absolute control. Americans have a choice of a true nutcase or a 36-year senator - 8-year vice president that is responsible for the condition of the U.S. Both parties and candidates are sacrificing our lives, all Americans, to get elected. Both parties are printing money to buy the election. By inauguration day 2021 the U.S. will have an equivalent national debt of 35 trillion dollars based on a reduced Gross National Product (GNP) and the ability to repay the debt.

Our country was founded by terrorists and this is not what they envisioned. The U.S. Constitution was not meant to be practical.

United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani
Eastern District of Michigan
231 W. Lafayette Blvd., Room 252
Detroit, MI 48226

United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan
Federal Court
333 Constitution Ave. N.W.
Washington D.C. 20001

United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson
Federal Court
333 Constitution Ave. N.W.
Washington D.C. 20001

Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana
Hon N. V. Jolivette Brown
500 Poydras Street
Courtroom C227
New Orleans, LA

State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri
Judge Stephen Limbaugh
Federal Court
555 Independence Street
Cape Girardeau, MO 63703

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada
Judge James C. Mahan
Federal Court
333 S. Las Vegas Blvd
Las Vegas, NV 89101

Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade
Federal Court

1100 Commerce St.
Room 1625
Dallas, Texas 75242

Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California
Judge David O. Carter
Federal Court
411 West Fourth St.
Courtroom 9D
Santa Ana, CA, 92701

Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California
Judge R. Gary Klausner
Federal Court
255 East Temple Street
Los Angeles, CA 90012

Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court
299 East Broward Blvd.
Fort Lauderdale, Fl. 33301

Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody
Federal Court
601 Market Street
Philadelphia, PA 19106

United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson
U. S. District Court D.C.
333 Constitution Ave. N.W.
Washington D.C. 20001

United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady
Albert V. Bryan U.S. Courthouse

401 Courthouse Square
Alexandria, VA 22314

United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall
Federal Court
600 James Brown Blvd.
Augusta, GA 30901

United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

1. Chinese Academy of Sciences
c/o President Bai Chunli
52 Sanlihe Rd.
Xicheng District
100864 Beijing
P.R. China

Chinese Center for Disease Control and Prevention
c/o Director Goerge F. Gao
155 Changbai Road - Changping District - 102206 Beijing - P.R. China

Ministry of Civil Affairs of the People's Republic of China
c/o Minister Li Jiheng
147 Beiheyan Dajie - Dong Cheng District - 100721 Beijing - P.R. China

Communist Party of China
c/o Xi Jinpnig, General Secretary of the Communist Party of China
174 Chang'an Avenue - Xicheng District - 1000017 Beijing - P.R. China

Ministry of Emergency Management of the People's Republic of China
c/o Minister Wang Yupu
No. 70, Guang'anmen South Street - Xicheng District - 100054 Beijing - P.R. China

Health Commission of the People's Republic of China
c/o Minister Ma Xiaowei
No 1 Xizhimen Outer South Road - Xicheng District - 100044 Beijing - P.R. China

People's Government of Hubei province
c/o Governor Wang Xiaodong
No.7 Hongshan Rd. - Wuchang, Wuhan - 430071 Hubei - P.R. China

People's Republic of China
c/o Li Keqiang, Premier of the State Council of the People's Republic of China
2 Fuyou Street - Xicheng District - 100017 Beijing - P.R. China

Wuhan Institute of Virology
c/o Director General Yanyi Wang
No. 44 Xiao Hong Shan – Wuhan - 430071 Hubei - P.R. China

People's Government of the City of Wuhan
c/o Mayor Zhou Xianwang
No. 188 YanJiang Avenue - Hankou, Wuhan - 430014 Hubei - P. R. China

| | | |
|---|---|---|
| Central Intelligence Agency<br>Office of Public Affairs<br>Washington, D.C. 20505 | Office of Inspector General<br>Central Intelligence Agency<br>Washington, D.C. 20505 | Clerk Scott Atchue<br>DC Appeal Court<br>333 Constitution Ave. NW<br>Washington, DC 20001 |
| Central Intelligence Agency<br>Privacy and Civil Liberties<br>Officer<br>Washington, D.C. 20505 | Clerk Mark Langer<br>DC Appeal Court<br>333 Constitution Ave. NW<br>Washington, DC 20001 | Justice Sri Srinivasan<br>DC Appeal Court<br>333 Constitution Ave. NW<br>Washington, DC 20001 |

Godspeed – Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## CERTIFICATE OF SERVICE

I hereby certify that on May 17th/2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson


David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Judge Roy K. Altman
Federal Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

33301-194495

PENSACOLA FL 325



FOREVER / USA