Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court
299 East Broward Blvd.
Fort Lauderdale, Fl. 33301

Communist Party of China - c/o Xi Jinpnig, General Secretary of the Communist Party of China
174 Chang'an Avenue - Xicheng District - 1000017 Beijing - P.R. China

May 19th, 2020

## OFFICIAL NOTICE

FILED BY_____D.C.
MAY 22 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**I WILL BE FILING A CLASS ACTION COMPLAINT AGAINST CHINA AND THE UNITED STATES FOR THE NEGLIGENT RELEASE OF THE KATRINA VIRUS AND THE SEVERE ACUTE RESPIRATORY SYNDROME-RELATED CORONAVIRUS (SARS) AND THE COVER UP WHICH RESULTED IN THE CURRENT COVID19 PANDEMIC AND THE COLLAPSE OF THE WORLD'S ECONOMY.**

**WITHOUT A CHANGE IN THE NARRATIVE THE CONCLUSION WILL BE THE GENOCIDE OF MANKIND**

**THE CENSORSHIP HAS TO STOP AND THE COOPERATION HAS TO BEGIN**

**WE MUST WORK TOGETHER IF WE ARE TO SAVE MANKIND.**

**TIME IS OF THE ESSENCE AS WE MAY BE PAST THE POINT OF NO RETURN.**

I will be using the 9 current class action complaints against China as templets.

Reference my U.S. Supreme Court Writ 14-10077 - Extraordinary Writ with Writ of Prohibition and Writ of Mandamus. Filed May 7th, 10th, 18th (2) and 22nd, 2015. My book (140 pages), The Supreme Court Murdered Mankind (TSCMM), was published November 8th, 2015. Pages 1, 2, 8, 124 - 125, 135 – 136, 137, 138 – 139 and 140 are attached. I will email you the complete book or you can download it from www.Amazon.com for ninety-nine cents.

The following Amicus was filed in 13 federal cases (9 civil and 3 criminal)

**Amicus Three and Open Letter to Xi Jinpnig, General Secretary of the Communist Party of China**

Statement of Fact: Mathematically Mankind will cease to exist in the next three to twenty years.

The truth about "The Katrina Virus" must come out if we are to survive. We must work together if we are to save Mankind. This work must be uncensored and free flowing between nations. Novel Coronavirus Pneumonia (COVID19) is a derivative of The Katrina Virus which the U.S. created.

Quote attributed to President Abraham Lincoln: "America will never be destroyed from the outside. If we falter and lose our freedoms, it will be because we destroyed ourselves." No truer words have been said.

**MAKE NO MISTAKE ABOUT IT IF WE DON'T WORK TOGETHER, THIS IS THE BEGINNING OF WORLD WARS III, IV AND V. MANKIND WILL NOT SURVIVE.** Worldwide life expectancies and birth rates are rapidly decreasing. When the birth rate hits a minus three percent (-3%) that will be the end of Mankind. Mathematically suicides will outnumber births in the near future. (I have added the Snowden, Manning and Winter cases. All of us are ex-military who care more about this country then anyone in the executive, legislative or judicial branches and that includes all Admirals and Generals.) (Assange case was added as well.)

> **I have decided to ask China for help in saving the United States from itself.**

The U.S. purchases 20% of what China sells and that makes us their biggest customer. China has a financial interest in the U.S. **not** committing suicide or self-destructing and that is exactly what we are doing. It also gives them a political interest because if the U.S. fails then the world fails and then there will be civil unrest in China – a civil war.

This is a two-way street. China's economy is taking a massive hit and they need for the U.S. to not only survive but to prosper. The world needs stability. We don't need a war in China.

Statement of Fact: The 2020 Presidential Election is being tampered with and it is being tampered with by us. Be honest, we are a Bi-Autocratic Nation. You are either a Democrat or Republican and those two parties have absolute control. Americans have a choice of a true nutcase or a 36-year senator - 8-year vice president that is responsible for the condition of the U.S. Both parties and candidates are sacrificing our lives, all Americans, to get elected. Both parties are printing money to buy the election. By inauguration day 2021 the U.S. will have an equivalent national debt of 35 trillion dollars based on a reduced Gross National Product (GNP) and the ability to repay the debt.

Our country was founded by terrorists and this is not what they envisioned. The U.S. Constitution was not meant to be practical.

United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani
Eastern District of Michigan
231 W. Lafayette Blvd., Room 252
Detroit, MI 48226

United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan
Federal Court
333 Constitution Ave. N.W.
Washington D.C. 20001

United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson

Federal Court
333 Constitution Ave. N.W.
Washington D.C. 20001

Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana
Hon N. V. Jolivette Brown
500 Poydras Street
Courtroom C227
New Orleans, LA

State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri
Judge Stephen Limbaugh
Federal Court
555 Independence Street
Cape Girardeau, MO 63703

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada
Judge James C. Mahan
Federal Court
333 S. Las Vegas Blvd
Las Vegas, NV 89101

Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade
Federal Court
1100 Commerce St.
Room 1625
Dallas, Texas 75242

Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California
Judge David O. Carter
Federal Court
411 West Fourth St.
Courtroom 9D
Santa Ana, CA, 92701

Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California
Judge R. Gary Klausner
Federal Court

255 East Temple Street
Los Angeles, CA 90012

Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court
299 East Broward Blvd.
Fort Lauderdale, Fl. 33301

Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody
Federal Court
601 Market Street
Philadelphia, PA 19106

United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson
U. S. District Court D.C.
333 Constitution Ave. N.W.
Washington D.C. 20001

United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall
Federal Court
600 James Brown Blvd.
Augusta, GA 30901

United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton

Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

1. Chinese Academy of Sciences - c/o President Bai Chunli
52 Sanlihe Rd. - Xicheng District - 100864 Beijing - P.R. China

Chinese Center for Disease Control and Prevention - c/o Director Goerge F. Gao
155 Changbai Road - Changping District - 102206 Beijing - P.R. China

Ministry of Civil Affairs of the People's Republic of China - c/o Minister Li Jiheng
147 Beiheyan Dajie - Dong Cheng District - 100721 Beijing - P.R. China

Communist Party of China - c/o Xi Jinpnig, General Secretary of the Communist Party of China
174 Chang'an Avenue - Xicheng District - 1000017 Beijing - P.R. China

Ministry of Emergency Management of the People's Republic of China - c/o Minister Wang Yupu
No. 70, Guang'anmen South Street - Xicheng District - 100054 Beijing - P.R. China

Health Commission of the People's Republic of China - c/o Minister Ma Xiaowei
No 1 Xizhimen Outer South Road - Xicheng District - 100044 Beijing - P.R. China

People's Government of Hubei province - c/o Governor Wang Xiaodong
No.7 Hongshan Rd. - Wuchang, Wuhan - 430071 Hubei - P.R. China

People's Republic of China - c/o Li Keqiang, Premier of the State Council of the People's Republic of China
2 Fuyou Street - Xicheng District - 100017 Beijing - P.R. China

Wuhan Institute of Virology - c/o Director General Yanyi Wang
No. 44 Xiao Hong Shan – Wuhan - 430071 Hubei - P.R. China

People's Government of the City of Wuhan - c/o Mayor Zhou Xianwang
No. 188 YanJiang Avenue - Hankou, Wuhan - 430014 Hubei - P. R. China

Central Intelligence Agency
Office of Public Affairs
Washington, D.C. 20505

Central Intelligence Agency
Privacy and Civil Liberties Officer
Washington, D.C. 20505

Office of Inspector General
Central Intelligence Agency
Washington, D.C. 20505

Clerk Mark Langer
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Clerk Scott Atchue
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Justice Sri Srinivasan
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. <u>I have never been charged with a crime.</u> The arrest was for a non-violent, non-domestic, non-drug misdemeanor. The arrest was for the equivalent of a severe DUI or DWI. The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

**<u>I was declared a terrorist by the Department of Justice.</u>** I assume that the classification took place at the same time that Agent Rayes came into my life.

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself. I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addressees (Very Important). The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

Updated 10/31/2011 DAC 05:32
An Unedited Synopsis.
Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
(*Book Nine in a nine part series.*)
Library of Congress LCCN 2011940256
ISBN 978-0-9846893-0-9 Hardback

*ISBN 978-0-9846893-1-6 EBook*

<u>Factual, documented and verifiable</u> account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press. Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for 11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

## **The Department of Justice classified Captain David Andrew Christenson as a terrorist.** This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain

Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

<u>The United States Military killed, executed and murdered Americans during Hurricane Katrina and after.</u>
A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next star and were forced to retire. Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight

school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because <u>The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat</u>. Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin. After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm. To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.


Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;



Judge Roy K. Altman
Federal Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301