Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court
299 East Broward Blvd.
Fort Lauderdale, Fl. 33301

FILED BY _____ D.C.
MAY 22 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

### Amicus Two

United States Court of Appeals for the District of Columbia Circuit - *"FURTHER ORDERED that the Clerk be directed to note on the docket that the supplements submitted by appellant but not docketed have not been accepted for filing. The Clerk is directed to accept no further submissions from appellant in this case."*

Why would the DC Circuit Court of Appeals use the above verbiage in dismissing my three appeals on April 21st, 2020?

- In re: Application of the Committee (19-5219) Court of Appeals for the D.C. Circuit
- Electronic Privacy Information v. DOJ (19-5121) Court of Appeals for the D.C. Circuit
- Andrew McCabe v. William Barr (19-5281) Court of Appeals for the D.C. Circuit

I had sent over 222 Notices and many were docketed. Compare the three dockets.

There was no need to acknowledge the pleadings and yet they did.

Why all of a sudden did they censor me? I attached four pleadings that were not docketed.

Something that I wrote got the court's attention. What was it?

I had to have been more than right about something.

It was something that incriminated the Supreme Court and the Federal Judiciary.

The American People deserve the truth and the Constitution guarantees that they get the truth.

United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani
Eastern District of Michigan
231 W. Lafayette Blvd., Room 252
Detroit, MI 48226

United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan
Federal Court
333 Constitution Ave. N.W.
Washington D.C. 20001

United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson

Federal Court
333 Constitution Ave. N.W.
Washington D.C. 20001

Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana
Hon N. V. Jolivette Brown
500 Poydras Street
Courtroom C227
New Orleans, LA

State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri
Judge Stephen Limbaugh
Federal Court
555 Independence Street
Cape Girardeau, MO 63703

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada
Judge James C. Mahan
Federal Court
333 S. Las Vegas Blvd
Las Vegas, NV 89101

Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade
Federal Court
1100 Commerce St.
Room 1625
Dallas, Texas 75242

Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California
Judge David O. Carter
Federal Court
411 West Fourth St.
Courtroom 9D
Santa Ana, CA, 92701

Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California
Judge R. Gary Klausner
Federal Court

255 East Temple Street
Los Angeles, CA 90012

Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court
299 East Broward Blvd.
Fort Lauderdale, Fl. 33301

Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody
Federal Court
601 Market Street
Philadelphia, PA 19106

United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson
U. S. District Court D.C.
333 Constitution Ave. N.W.
Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on May 15th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# United States Court of Appeals
## For The District of Columbia Circuit

**No. 19-5219**  **September Term, 2019**

1:19-gj-00048-BAH

Filed On: April 21, 2020

In re: Application of the Committee on the Judiciary, U.S. House of Representatives, for an Order Authorizing the Release of Certain Grand Jury Materials,

------------------------------

Committee on the Judiciary and United States House of Representatives,

    Appellees

v.

United States Department of Justice,

    Appellee

David Andrew Christenson,

    Appellant

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Rogers, Tatel, Garland, Griffith, Millett, Pillard, Wilkins, Katsas, and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

### ORDER

Upon consideration of the petition for rehearing en banc, the supplements thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied. It is

**FURTHER ORDERED** that the Clerk be directed to note on the docket that the supplements submitted by appellant but not docketed have not been accepted for filing.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5219**                                      **September Term, 2019**

      The Clerk is directed to accept no further submissions from appellant in this case.

**Per Curiam**

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                BY:   /s/
                            Daniel J. Reidy
                            Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5121**                                    **September Term, 2019**

1:19-cv-00810-RBW

**Filed On:** April 21, 2020

Electronic Privacy Information Center,

    Appellee

v.

United States Department of Justice,

    Appellee

David Andrew Christenson,

    Appellant

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Rogers, Tatel, Garland, Griffith, Millett, Pillard, Wilkins, Katsas, and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

### O R D E R

Upon consideration of the petition for rehearing en banc, the supplements thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied. It is

**FURTHER ORDERED** that the Clerk be directed to note on the docket that the supplements submitted by appellant but not docketed have not been accepted for filing.

The Clerk is directed to accept no further submissions from appellant in this case.

**Per Curiam**

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                              BY: /s/
                                    Daniel J. Reidy
                                    Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5281**                                                                 **September Term, 2019**

**1:19-cv-02399-RDM**

**Filed On:** April 21, 2020

Andrew McCabe,

        Appellee

v.

William P. Barr, in his official capacity as
Attorney General, et al.,

        Appellees

David Andrew Christenson,

        Appellant

**BEFORE:**  Srinivasan, Chief Judge, and Henderson, Rogers, Tatel, Garland, Griffith, Millett, Pillard, Wilkins, Katsas, and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

### O R D E R

Upon consideration of the petition for rehearing en banc, the supplements thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied. It is

**FURTHER ORDERED** that the Clerk be directed to note on the docket that the supplements submitted by appellant but not docketed have not been accepted for filing.

The Clerk is directed to accept no further submissions from appellant in this case.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

---

Committee on the Judiciary and United
States House of Representatives, Appellees
v.
David Andrew Christenson, Appellant

# PETITION FOR EN BANC

(Sixty-Three Supplemental Petition/Application/Motion for En Banc Amicus/Notice 221)

Karma is a bitch. We fucked ourselves.

The attached pleading was filed with the Supreme Court on October 22nd, 2015. Read it and the article that is incorporated into it: A New Look at Japan's Wartime Atrocities and a U.S. Cover-Up
DIDI KIRSTEN TATLOW October 22, 2015 https://cn.nytimes.com/china/20151022/c22sino-japan/en-us/
https://sinosphere.blogs.nytimes.com/2015/10/21/china-unit-731-japan-war-crimes-biological/?searchResultPosition=7

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on April 17th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

---

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

---

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant

Amicus/Notice 166 – Official U.S. Policy with Implicit Consent from the Federal Judiciary
**Americans + Viruses + Vaccinations = Death by Suicide (Bubble People)**
Mankind ceases to exist by 2050
We may be past the point of no return

My biggest fear and our Government's biggest fear is that our epicenter, birthplace, is New Orleans. If NOVEL 2019 reaches New Orleans it is game over. Our Government is not telling us the truth.

The difference between us and the Chinese is that we created the Coronavirus as a chemical warfare contaminant. Both of us are covering it up. DNA will prove me correct.

I know first-hand that being a Whistleblower is lonely and deadly. Chinese Whistleblower Doctor Li Wenliang, 34, died yesterday. The New York Times wrote about Dr. Li on Feb. 1. **"If the officials had disclosed information about the epidemic earlier,"** he told The Times, **"I think it would have been a lot better. There should be more openness and transparency."** Remember that there is no cure.

## WE HAVE TO ACCEPT DEATH, WITHOUT VACCINATIONS, IF MANKIND IS TO SURVIVE.
(Vaccinations are worse than the diseases and negatively impact the long-term survival of Mankind.) Our Immune System(s) has Artificial Intelligence. We are destroying our Immune System(s) with Vaccinations.

Coronaviruses, Chemical Warfare Contaminates, were created by the United States in laboratories in New Orleans and then tested and released throughout the world. Currently all are not endemic and have a seasonal life cycle (one war). An example is SARS which has not returned. Could Mankind have

developed an immunity in the course of a few months? I think so. There are currently seven Coronaviruses including the NOVEL 2019. Six are not returning or at least not in a contagious way and the seventh is current.

The world cannot stop the spread of NOVEL 2019 nor should it. Those that contract it will be stronger. We have to start thinking about the survival of the species. We need to change the Narrative.

## **The greatest mistake Mankind can make is to find a vaccination for the Novel 2019 Coronavirus (2019-nCoV).** We will be using a virus to kill a virus.

Influenza and Pneumonia vaccines use live and dead viruses. *The world's smartest man, Theoretical physicist Stephen Hawking, has stated:* **"GENETICALLY ENGINEERED VIRUS"** *is the biggest threat to mankind. Most threats to humans come from science and technology, warns Hawking.*

Here is a thought that I have never read about in the history of Mankind: If you change the Narrative, you go from being the mortal enemy of Mankind to the greatest ally and savior of Mankind. It is that simple. We won't need a war or a revolution but a simple change in the Narrative.

The CDC publishes this statement every week with the Flu View Report: *"Flu vaccine effectiveness estimates are not available yet this season, but vaccination is always the best way to prevent flu and its potentially serious complications."* **This is fraud and the results are the Genocide of Mankind.**

China has 1.4 billion people and the U.S. has 330 million. Has the U.S. overreacted? Did Americans get honest and accurate information? No, absolutely not! How much harm will there be to the World's economy? It seems to me that we may have committed worldwide economic suicide.

Wrap your mind around this: <u>influenza and Pneumonia return every year to the U.S. and yet we are panicked over a Coronavirus that statistically will never return.</u> The first case of NOVEL 2019 was diagnosed on December 1st, 2019 and only two people have died from it outside of China. No one has died in the U.S. We should be worried about our own Influenza and Pneumonia and the long-term consequences.

I know that neither China nor the U.S. is giving honest and accurate information.

The World Health Organization said on Thursday, February 6th 2020, that 564 people had died in China from the virus, up from nearly 500 people the day before, and that 28,060 cases had been confirmed in the country. There are also 225 cases outside the country, and one death. Many doctors believe that deaths and infections are undercounted because hospitals and laboratories are under severe strain to test for the virus. Local officials in Hubei Province, the center of the outbreak, have called on health care workers to speed up the process. Many sick residents in Hubei also say that they have been turned away by overstretched hospitals, which lack test kits and beds.

CDC Flu View Report for week ending January 25th, 2020 (Season started September 29th, 2019). CDC estimates that so far this season there have been at least 19 million flu illnesses, 180,000 hospitalizations and 10,000 deaths from flu.

Human coronaviruses were first identified in the mid-1960s. The seven coronaviruses that can infect people are: 229E (alpha coronavirus), NL63 (alpha coronavirus), OC43 (beta coronavirus), HKU1 (beta coronavirus), MERS-CoV (the beta coronavirus that causes Middle East Respiratory Syndrome, or MERS), SARS-CoV (the beta coronavirus that causes severe acute respiratory syndrome, or SARS), Novel 2019 Coronavirus (2019-nCoV). MERS, SARS and NOVEL 2019 were all created in this century by man.

### 17-page docketed pleading that might just incite you to change the Narrative

Judicial Watch, Inc. v. United States Department of Justice (No. 19-5091) Court of Appeals for the D.C. Circuit - USCA Case #19-5091 Document #1799392 Filed: 07/25/2019 Page 1 of 17 - Seventh Supplemental Petition for Rehearing En Banc - <u>The Murder of our Species starts at Birth.</u>

Electronic Privacy Information v. DOJ (19-5121) Court of Appeals for the D.C. Circuit - USCA Case #19-5121 Document #1799376 Filed: 07/25/2019 Page 1 of 17 (Page 16 is missing) - Notice 38 — <u>The Murder of our Species starts at Birth.</u>

The two pleadings are identical with the exception of a missing page. Within the pleadings are other pleading from other cases in other jurisdictions:

Amicus 31 (Thirty-One) - If we don't embrace the Anti-Katrina Virus Social Norm (AKVSN) we will all die! - Every day you are slammed in the face with news about Americans dying from the Katrina Virus - You work and live blocks from 911

Supplemental Memorandum Eighteen - HPV and Genetic Testing - We must embrace the Katrina Anti-Social Norm and the only way to do that is to provide complete, accurate and honest disclosures about what happened during Hurricane Katrina and the BP Oil Spill.

Emergency Motion to Intervene and Emergency Motion to Join - Standing and Cause is granted to me by law because Thomas Perez is the Chairman of the Democratic Nation Committee. Democratic Party Chairman Thomas Perez was instrumental in tampering with the U.S. 2016 National Election. His actions were intentional, egregious, malicious and criminal. He criminally violated the Constitutional Rights of all Americans.

Amicus (Ten) Here is a crazy story about why Trump won the election. (John Does 1-10 are listed as defendants. John Does 1, 2, 3, 4, 5 and 6 are listed below.) Time, math and the Russians will ensure that the truth comes out about the Katrina Virus. Review my Amicus (Sixth) and Amicus (Seventh).

Letter To: Judge John G. Koeltl - July 25th, 2018 A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens - Jacob Marley "*Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!*"

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## CERTIFICATE OF SERVICE

I hereby certify that on February 7th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

---------------------------------------------------

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant

Amicus/Notice 168 – Nuclear Explosion because of one word. Official name: Novel Coronavirus **Pneumonia** (NCP)

The Chinese Government gave the Coronavirus an official name: Novel Coronavirus **Pneumonia** (NCP).

The World absolutely did not want the word "Pneumonia" in the official name. THIS IS AN EPIC ACKNOWLEDGEMENT.

The International Committee on Taxonomy of Viruses will give the final name.

The three pleadings that are attached will enlighten you if you take the time to read them.

It will take will effort on your part if we are to save Mankind by changing the Narrative.

Amicus/Notice 104 – Oxygen (O2) – If the Immune System(s) is our army then Oxygen is the bullets.

Mankind is a fragile species and if we are to survive, we must have an open, honest and uncensored dialogue that is not contaminated by those seeking power, money, fame and sex. It also must not be contaminated by Governments, Organized Religion, Businesses and Non-Profits. We also must expose our Government's sins and coverups. We must start by exposing the truth about the Katrina Virus (Compilation Term) and the Katrina Virus thought process. I could have called it the Tuskegee Study thought process as well. We thought it was a good idea to withhold penicillin from black men that had syphilis and we did this for 40 years. Syphilis is a horrific and barbaric death that is preventable with penicillin.

We are so fragile that the Centers for Disease Control and Prevention (CDC) publishes **246 different news letters** that you can subscribe to and receive via your email.

Reference: Amicus/Notice 141 – God give me the miracle of words to open their minds, hearts and souls, I beg you. Judges trust Medical Professionals (MedPros) to protect themselves, their families and their fellow Americans. Medical Professionals trust Judges to protect themselves, their families and their fellow Americans. This is the textbook definition of Suicide and Genocide.

- *The number one cause of death worldwide is the destruction of the lungs which results in the destruction of the immune system(s). The transfer of oxygen fails. Lung cancer is the number one cause of death in the cancer family.*

Reference: Amicus/Notice 142 – Cancer deaths are bad. Cancer and Suicide deaths are *really bad*. Cancer, Suicide and Influenza and Pneumonia deaths are apocalyptic. All are underreported, intentionally misclassified and censored by our government.

Why is this a big deal? Degraded lungs are the number one cause of death in the world. The failure of the lungs to transfer oxygen into the blood triggers the failure of our immune system(s). The failure of our immune system(s) causes medical and mental maladies. Heart disease is caused by a degraded immune system(s) and lack of oxygen. Degraded immune system(s) reduce our ability to produce viable fetuses. Hence the negative birth rate. Oxygen is our army. At current progressions mankind will cease to exist by 2050.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## CERTIFICATE OF SERVICE

I hereby certify that on February 10th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

-------------------------------------------------------

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant

Amicus/Notice 164 – The United States is bringing a loaded chemical warfare weapon to the Super Bowl just like it did in 2013. History repeats itself with the consequences being the Genocide of Mankind. Do you remember when the lights went out in the Superdome in 2013 for over 40 minutes? Hundreds of thousands of people from all over the world will attend the Super Bowl festivities and then return home, all over the world. Will they be carrying the Coronavirus? Money is our God and let no man get in the way of our making money, especially David Andrew Christenson

My YouTube channel had over 750 videos on it and they have been removed from the internet. I have been censored and sanitized from the internet by the United States of America and the Federal Judiciary.

Page 1, 6 and 7 of my 21-page YouTube index is attached. I attached the two summaries from Videos 192 and 221.

Give them a read. Maybe it will enlighten you and just maybe you will help me to save Mankind.

A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens
Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"

When a lawyer and expert of the law asked Jesus what the most important commandment is, Jesus responded, "To love the Lord your God with all your heart, with all your soul, and with all your mind...The second is to love your neighbor as yourself." All the Law and the Prophets hang on these two commandments.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Judge Roy K. Altman
Federal Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

