Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
Movant David Andrew Christenson
June 1st, 2020

## Ninth Amicus – They took the President of the United States to a bunker Friday night, May 29th 2020 because of the riots outside of The White House

If I were President, I would have considered myself a failure if there were riots, not protests, but riots outside of The White House. I also would not be a coward and retreat to a bunker. The buck would stop with me. I would honor the oath that I took as I have always done. I have given my life to my country. Joe Biden is no better. 36 years as a U.S. Senator and 8 years as Vice President and you are watching the results. Americans are burning America. The Declaration of Independence calls for it: *"But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security."*

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Aivin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128

FILED BY _____ D.C.

JUN 05 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314
21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901
24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 1st, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson



USCA Case #19-5281   Document #1830792   Filed: 02/26/2020   Page 1 of 3

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

Andrew McCabe,
Appellee
v.
William Pelham Barr, in his official capacity as Attorney General, et al.,
Appellees
David Andrew Christenson,
Appellant

Case No: 19-5281
Civ. Action No: 1:19-cv-2399-RDM

Eighteenth Supplemental Petition/Application/Motion for En Banc

Amicus/Notice 177 – Look around at the world you have created and don't kid yourself you created it. All Americans are the loses and that includes you.

IF THERE IS STILL TIME, **MANKIND CAN BE SAVED BY SIMPLY CHANGING THE NARRATIVE**.

BLOOD, AMERICAN BLOOD WILL BE SPILLED IN THE STREETS BECAUSE YOU ARE COWARDS AND LIVE BY SOME PERVERSE SET OF INTEGRITY, ETHICS, MORALITY AND STANDARDS. YOU HAVE ALWAYS BEEN THAT WAY BUT AT LEAST NOW WE CAN CALL IT BY ITS LEGITIMATE NAME: *"THE TRUMP PARADIGM"*.

THE LAW OF THIS COUNTRY IS THE PREAMBLE. YOU ARE INTENTIONALLY NOT UPHOLDING THAT LAW.

HOW CAN SOMETHING SO SIMPLE MAKE YOU AFRAID?

### Preamble

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves **and our Posterity**, do ordain and establish this Constitution for the United States of America.*

My quest, mandate, mission per God is to kick the shit out of the Judiciary until they protect the Constitution. Do you really think I come up with these ideas on my own? Wake up. Do you think it was my choice to get carnally abused by everyone that had an ethical, legal or moral obligation to protect the Constitution? Hell no. God will keep creating these situations until it is too late and it probably already is.

The course correction has to come from the Judiciary which is Constitutionally legitimate. Without the course correction we are doomed just like every other government in the history of Mankind. My

multiple Writs of Mandamus and Prohibition allowed the Supreme Court to make the course correction but they abrogated their responsibilities for some arcane reasons.

My unwitting allies are Trump, **Roberts**, Pelosi, McCarthy, McConnell, Schumer, the other Demigods, etc. They will ensure that the truth comes out. They will ensure that we have a bloody revolution.

Think about this:

*The greatest failure of the Supreme Court is that they have never acknowledged (The Constitution established) that they are the final protectors of the Constitution and specifically the Preamble of the Constitution. The second greatest failure of the Supreme Court is they have been subservient to the Executive and Legislative Branches when in fact they are the Dominant Branch. Everything that the Executive and Legislative Branches do is subject to review by the Supreme Court. The Supreme Court has absolute authority while the Executive and Legislative Branches must work together. Marbury v. Madison established Judicial Review but that is secondary to the protection of the Constitution.*

Who is responsible for the contentious environment that we live in? Why does the Rule of Law no longer exist? **The contentious environment and destruction of the Rule of Law are Major National Security issues.**

*"America will never be destroyed from the outside. If we falter and lose our freedoms, it will be because we destroyed ourselves."* - Quote attributed to Abraham Lincoln.

Integrity, Ethics, Morality are what makes Rule of Law work. The Supreme Court has distanced itself from being this country's moral compass – "follow the law" - but that is a mistake. It takes Integrity, Ethics and Morality to follow the law.

Each of the case I have listed below has to do with the Protection of the Preamble. Each case is much bigger than the one person or persons. Each is directly connected to a fair, impartial and informed election.

Judge Emmet G. Sullivan - Flynn
Judge Amy B. Jackson - Stone
Judge James Randal Hall - Winner
Judge Claude M. Hilton – Snowden and Assange
Judge Liam O'Grady – Snowden (Civil)
Judge Anthony John Trenga – Manning

Judge John G. Koeltl – Trump

Flynn and Stone will probably walk.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on February 17th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
02 JUN 2020 PM 1 L



USPS 32550

Judge Roy K. Altman
Federal Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

33301-194499