Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
Movant David Andrew Christenson
June 3rd, 2020



FILED BY ___ D.C.
JUN - 9 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Eleventh Amicus – **ANTIFA**

Antifa will ensure that the truth comes out. There are three different funerals for George Floyd. Minnesota, North Caroline and in Texas on June 9th, 2020. Floyd's death is one of those cataclysmic events. There is no way that the officers will be convicted. **THE U.S. MILITARY WILL BE CALLED ON TO PUT THE JUSTIFIED INSURRECTION DOWN. WILL THE MILITARY MURDER THEIR FELLOW AMERICANS?** I will not be able to protect the Federal Judiciary. I lose that ability the longer this goes on.

Attached is something I wrote about running for President eight years ago. The YouTube video has been removed and sanitized from the internet. An old resume is attached as well.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101

13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314
21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901
24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Dabney Langhorne Friedrich - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed - Sincerely, David Andrew Christenson - Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 3rd, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

**VIDEO NUMBER 16. Presidential Candidate as of today, June 18 2012. (TERRORIST AS CLASSIFIED BY THE DEPARTMENT OF JUSTICE IN 2010.) I am** David Andrew Christenson, I am The Reluctant Patriot and I believe in the Constitution of the United States of America. Today is Monday June 18th, 2012 and the time is 0600.

V16 My candidacy for President of the United States of American. Platform. Dated June 18th, 2012.
http://youtu.be/qjBJ2PVwoxw

I, David Andrew Christenson, am announcing my candidacy for President of the United States of American. I will lead this nation to greatness. Honor, ethics and morality will be instituted into our society. Notice that I did not say restored. I will enforce the rule of law. I am 51% a Socialist Republican and 49% a Capitalistic Democrat. It is the Centrist Party. I believe in a small Federal Government with a strong military.

I would like to say that I am the first terrorist to run for the Presidency but I am not. When I assume office I will not even be the first terrorist to be President.

My core belief. I believe in the circle of life. Faith, family, work and fun. I believe that there is a higher being and I absolutely believe in the devil.

What is a Centrist? In simple terms it means that the Federal Government ensures that our kids and our seniors are taken care of. Example: Our children will receive preventive medical and dental care. Schools will not only provide an education but they will provide extracurricular activities as well. These extracurricular activities will help our nation produce well balanced individuals. Our kids will play soccer. Everyone else will be taken care of by the Capitalists.

We are 17 Trillion Dollars, going on 25 Trillion dollars, in debt. Our country is dead and we are just waiting for the doctor to sign the death certificate. He has declared it to be a suicide.

Platform.
Two issues that I will not address, or campaign on are: gay rights and abortion. This goes for when I am President as well.
You will have Constitutional rights.
You will have Civil Rights.
There will be no discrimination.
I will tell this nation the truth about what happened in New Orleans.
I will not tax the rich. I will institute a national sales tax/transaction tax with a reduction in income tax.
No tax on those people that make One Million Dollars or more.
I will eliminate the tax on corporate dividends or the tax that individuals pay on those corporate dividends. I will not double tax corporations.
I will not allow the destruction of our military.
I will split up the DOJ.
Term limits.
The Federal Government will get out of the pension business.
Health. I will establish a national clearing house for health care. Americans will pay a small monthly fee to the Federal Government to manage their health care costs. Those that want to be self-insured will be.
The Federal Government will cover catastrophic claims.
Preventative medicine and dental for our kids.

Immigration. Middle of the road.
I will eliminate "life without parole".
I will be the President that unclassified our Government. What percentage of our Government's expenditures is classified? 35%.

Promote:
Agriculture. We will feed the world.
Medical.
High Tech.
Education.
Space.
May add to this.


Please tell your friends about my story and the ramifications to the American and Canadian people.
Please review my website www.persimmonpublishingus.com
Email is: davidandrewchristenson@hotmail.com
I have two books with seven in production.
An American Born Terrorist's Emails To The Department Of Justice
The United States Supreme Court and The Katrina Virus. David Andrew Christenson The Reluctant Patriot I believe in the Constitution of the United States of America.

PO Box 9063
Miramar Beach FL 32550

Phone 504.715.3086
E-mail
dchristenson6@hotmail.com

# Dave Christenson

**Objective**       Provide leadership and analytical decision making for a company or governmental agency that appreciates and rewards employees. Set and maintain levels of excellence in every task to serve as a catalyst for exceptional behavior in the workplace.

**Areas of Expertise**       **Department of Transportation Rules & Regulations**…Federal Aviation Administration Rules & Regulations…Internal Revenue Service Tax code…All Facets of Corporate law…Labor Law & Relations…Strategic and Tactical Planning…Market Development…Multimillion Dollar Profit & Loss Management…Crisis Management…Contract Negotiations…Customer and Vendor Management…Global Supply Solutions…Government Contracts…Sales…**Human Resources…Finance…Insurance…**Capital Equipment and Building Leases…U.S. Customs Rules and Regulations…**Innovative Solutions & Efficiency Creation…System and Process Reengineering**…All Aspects of HAZMAT

**Work experience**

Author/Publisher Persimmon Publishing US         Miramar Beach, FL
**President/Owner 2/2011-present**
- Responsible for the creation, production and submission of two original manuscripts to the Library of Congress
- Extensive research focused on Judicial/Political misconduct
- Advocate for Veteran's affairs and wellness

Real Estate Sales       New Orleans, LA
**Realtor 2/2005-8/2011**
- Negotiate real estate transactions for international clients with quick closing time restraints
- Execute contracts and closing documents for real estate transfers
- Analyze and consult on the value and investment opportunity of real estate
- Provided critical analysis for pricing and closing strategies

DAC Transport, DAC Air, High Country Logistics          Denver, CO
**President/Owner 8/1996-2/2004**
- Responsible for start-up and growth of three companies: six state regional carrier, interstate logistical company and consulting firm
- Developed route system and pricing structure for freight delivery
- Maintained DOT compliance and all regulatory compliance for $5,000,000 company
- Provided critical analysis for pricing and delivery system for contract carriers
- Negotiated all sales contracts, vendor contracts, and employment policies
- Commercial Driver's license, sales development and route retention
- Collected accounts receivables from clients
- Financial management, including banking account management
- Verified accuracy of incoming shipments for clients

- Acquired new business in a four state region, cultivate additional growth from existing clients
- Developed client base by cold calling, networking, and sourcing new business from personal contacts

ACCO                       Des Moines, IA
**Vice President 2/1995-8/1996**
- Managed chemical delivery systems for water treatment and consulting company
- Developed expansion plan to include regional delivery for mid-west municipalities.
- Maintained DOT regulations

Pan American World Airways                        Jamaica, NY
**Flight Officer 9/1989-12/1992**
- Operated commercial Boeing 727

United States Air Force                        Zweibrucken, Germany
**Assistant Chief of Plans and Tactics and Assistant Chief Pilot-Captain**

**Education**   Master's Degree-Operations Management, University of Arkansas, Little Rock, AR

U. S. Air Force Academy-Bachelor of Science, Colorado Springs, CO

**Community activities**   Shannon's Hope Shelter Volunteer, CFCA Sponsor, St. Vincent De Paul Volunteer

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Judge Roy K. Altman
Federal Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

