Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
Movant David Andrew Christenson
June 1st, 2020

FILED BY _____ D.C.
JUN - 9 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Tenth Amicus – Censorship Equals Genocide – Look Around

I must comment on Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Dabney Langhorne Friedrich (Let's be honest. For profit media companies are suing Trump. They are using the First Amendment, at this point in time, because it is profitable. Pardon my language but they don't give a **f\*\*\*** about the First Amendment unless it is profitable. They are whores.) (It seems I have an anger issue and I do because I am watching my fellow Americans die because of Censorship.)

The Pandemic, the Social Unrest and the Economic Collapse of the World's Economy are the direct result of Censorship. What is taking place is the Genocide of Mankind.

The First Amendment is crucial to our survival and yet everyone censors us. Look around. We are past the precipice of hell and accelerating.

At one time I had multiple websites, multiple YouTube accounts with over 750 videos, multiple Twitter accounts, multiple Facebook accounts, etc. and all have been removed from the internet. 99% of what I did on the internet has been sanitized and censored. I don't exist.

The Federal Judiciary censors me in violation of the Constitution.

The Complaint is frivolous, for profit and more sinisterly it is political. It is arrogant for them to think that they have a right to decide what "Free Speech" is. Everything on the internet is about marketing. Everyone is trying to sell you something. All of the media companies sell your information. They want to censor anything that hurts their profits. What the media companies have done is infinitely more harmful then what Trump has done. If Mankind is to survive, we have to have an uncensored America.

If the media companies want to "comment" and "criticize" then it has to be nondiscriminatory, nonbiased and nonprejudicial. They must "comment" and "criticize" everyone or no one.

Here is the Introduction from the Complaint: 1. *"President Trump's May 28, 2020 "Executive Order on Preventing Online Censorship" ("Executive Order") violates the First Amendment in two fundamental respects: First, the Order is plainly retaliatory: it attacks a private company, Twitter, for exercising its First Amendment right **to comment** on the President's statements. Second, and more fundamentally, the Order seeks to curtail and chill the constitutionally protected speech of all online platforms and individuals—by demonstrating the willingness to use government authority to retaliate against those **who criticize** the government."*

All you have to do is read The New York Times and FOX News to understand why we are screwed. They publish pure propaganda for profit and they truly don't care who lives or dies.
Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022

19. United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314
21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901
24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Dabney Langhorne Friedrich - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 3rd, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Judge Roy K. Altman
Federal Court
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

