UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80604-CIV-ALTMAN

**MORIAH AHARON,** *et al.*,

    *Plaintiffs,*
**vs.**

**CHINESE COMMUNIST PARTY,** and
**PEOPLE'S REPUBLIC OF CHINA,**

    *Defendants.*
_____/

## ORDER

Federal Rule of Civil Procedure 4(m) requires the plaintiff to serve the summons and complaint on each defendant within 90 days after the filing of the complaint. *See* Fed. R. Civ. P. 4(m). The Plaintiff filed this action on April 8, 2020. *See* Complaint [ECF No. 1]. To date, however, the Plaintiff has not perfected service on the Defendants.

Accordingly, the Court hereby

**ORDERS** that the Plaintiff shall perfect service on the Defendants and file proof of service with the Court no later than **July 7, 2020**. Failure to serve the Defendants by that date will result in dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of June 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record