UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-80604-CIV-ALTMAN

**MORIAH AHARON,** *et al.*,

     *Plaintiffs,*

**vs.**

**CHINESE COMMUNIST PARTY,** and
**PEOPLE'S REPUBLIC OF CHINA,**

     *Defendants.*

_____/

## ORDER RESTRICTING FILING

David Andrew Christenson is not a party to this case. But this has not stopped him from filing eight "Notices" on the Court docket. *See* Notices [ECF Nos. 4, 6, 8, 9, 10, 11, 12, 13]. And, despite the fact that the Court struck [ECF Nos. 5, 7] the first two of those Notices, he has continued to file them.

Accordingly, the Court hereby

**ORDERS** that all the Notices [ECF Nos. 4, 6, 8, 9, 10, 11, 12, 13] are hereby **STRICKEN**. The Clerk of Court is directed to **STRIKE** the Notices from the Record. In addition, the Clerk of Court is directed **NOT TO ACCEPT** any future filings from "David Andrew Christenson" in this case (20-CV-80604).

**DONE AND ORDERED** in Fort Lauderdale, Florida this 15th day of June 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record