UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON, *et al.*,
each on behalf of themselves,
and all those similarly situated,

Plaintiffs,

v.                                                     CASE NO. 9:20-cv-80604-RKA

CHINESE COMMUNIST PARTY; and
PEOPLE'S REPUBLIC OF CHINA,

Defendants.
_____/

### ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME

**THIS CAUSE** came before the Court on Plaintiffs' Motion for an Extension of Time to perfect service in this matter. [DE 16]. The Court having considered the motion and being otherwise advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for an Extension of Time is granted. Plaintiffs shall have ninety (90) days, up to and including October 5, 2020 to perfect service on the foreign Defendants. .

**DONE AND ORDERED** in Fort Lauderale, Florida, this ____ day of July, 2020.

_____
THE HON. ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record