UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80604-CIV-ALTMAN

**MORIAH AHARON,** *et al.*,

    *Plaintiffs,*
**vs.**

**CHINESE COMMUNIST PARTY,** and
**PEOPLE'S REPUBLIC OF CHINA,**

    *Defendants.*
_____/

## ORDER

To better manage the orderly progress of the case, the Court hereby **ORDERS** the Defendants in this case to file their responses and motions jointly. When responding to the Complaint, the Defendants shall file either a *joint motion* or separate *answers* within the time remaining for *the last-served Defendant* to respond.

If conflicts of position exist, the Defendants shall file a *motion for leave to file separate responses*, in which they will describe what those conflicts are. If the Defendants need more than twenty pages for their responses, they shall file a *motion for leave to file excess pages*, which the Court will entertain on an expedited basis.

Failure to comply with these procedures may result in sanctions, including the striking of the motion(s) or response(s).

**DONE AND ORDERED** in Fort Lauderdale, Florida this 6th day of July 2020.

_____
  **ROY K. ALTMAN**
  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record