### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-80604-CIV-ALTMAN

**MORIAH AHARON,** *et al.*,

    *Plaintiffs,*

**vs.**

**CHINESE COMMUNIST PARTY,** and
**PEOPLE'S REPUBLIC OF CHINA,**

    *Defendants.*
_____/

### ORDER

On July 2, 2020, the Plaitniffs filed a Motion for Extension of Time to Effectuate Service [ECF No. 16], in which they say that, due to the ongoing COVID-19 pandemic, they have been unable to effectuate service on the Defendants, *see id.* ¶¶ 3, 7, 14, and may need to add additional parties to the Complaint, *see id.* ¶¶ 13, 15. Because of these developments, the Plaintiffs request a staggering *ninety-day* extension to the service deadline, *see id.* ¶ 24.

This case is being brought under the Foreign Sovereign Immunities Act (the "FSIA") against the Chinese Communist Party and the People's Republic of China. *See generally* Complaint. As a "foreign state" and its "political subdivision," *see* FED. R. CIV. P. 4(j)(i), the Plaintiffs are entitled to an extension of time within which to serve these Defendants, *see* FED. R. CIV. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under . . . 4(j)(1) . . . ."). However, the Plaintiffs themselves are uncertain that, even with this ninety-day extension, they will be able to serve the Defendants *at all*. *See* Mot. at 6 n. 4 ("Plaintiffs are requesting ninety days, however the service vendor has advised that the time frame may be longer because of China's past conduct with service."); *id.* at 4 n. 2 ("[O]nly the Miami case has

been able to get this far in the service process.").

As such, while this Court will grant the Plaintiffs' Motion, this case will be removed from the active docket and the Plaintiff will be required to provide status reports every thirty (30) days regarding the status of their service efforts, as is this Court's practice when granting extensions of time within which to effectuate service in FSIA cases. *See, e.g.*, *Sovereign Bonds Exchange LLC v. Federal Republic of Germany*, No. 10-CIV-21896-ALTONAGA, ECF No. 23 (S.D. Fla. Jan. 11, 2011). If, after ninety days have passed, the Plaintiffs have been unable to serve the foreign Defendants, ***those Defendants will be dismissed from this action***.

The Plaintiffs also say they wish to file an amended complaint. *See* Mot. ¶ 13. That request is granted. However, pursuant to this Court's practices, defendants in multiple-defendant cases must file their motions and responses jointly. Accordingly, those Defendants, if served before the foreign defendants, need not respond to the Amended Complaint unless and until the foreign Defendants have been served.

Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that the Motion for Extension of Time [ECF No. 16] is **GRANTED** as follows:

1. The Plaintiff shall perfect service on the Defendants and file proof of service with the Court no later than **October 5, 2020**. Failure to serve the Defendants by that date will result in dismissal without further notice.
2. The Plaintiff may file an *amended complaint*.
3. The Clerk of Court is directed to **CLOSE** this case.
4. The Plaintiffs shall file a *status report*, every **thirty (30) days**, beginning on **August 3, 2020**, regarding the status of their service efforts.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 6th day of July 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record