# COMPOSITE EXHIBIT A

# 武汉市卫生健康委员会

## 市卫生健康委关于报送不明原因肺炎救治情况的紧急通知

各有关医疗机构:

根据上级紧急通知，我市华南海鲜市场陆续出现不明原因肺炎病人。为做好应对工作，请各单位立即清查统计近一周接诊过的具有类似特点的不明原因肺炎病人，于今日下午4点前将统计表（盖章扫面件）报送至市卫健委医政医管处邮箱。

联系人: 毛冰 85697893  李莹 85690943
邮箱: whsyzc@126.com

附件: 相关信息上报表

武汉市卫生健康委员会医政医管处
2019年

# 武汉市卫生健康委员会

 关于做好不明原因肺炎救治工作的
紧急通知

各有关医疗机构：

根据上级紧急通知，我市部分医疗机构陆续出现不明原因肺炎病人，为有效做好此类病人医疗救治工作，切实保障人民群众健康安全，现就具有类似特点的不明原因肺炎病人救治相关工作要求通知如下：

1、加强责任领导

各级医疗机构要提高责任意识、高度重视相关医疗工作，明确责任领导，确定牵头部门，成立工作专班，统筹协调资源，组织专家小组，妥善作好工作部署，保证诊疗工作有序开展。

2、规范医疗救治

各医疗机构要强化门急诊管理，严格执行首诊负责制，发现不明原因肺炎病人积极调动力量就地救治，不得出现拒诊推诿情况。要有针对性地加强呼吸、感染科、重症医学等多学科专业力量，畅通绿色通道，做好门诊和急诊之间的有效衔接，完善医疗救治应急预案，加强医务人员培训，合理规范诊治。加强院内感染防控工作。

3、严格信息上报

各医疗机构要及时跟踪统计救治情况，并按要求及时向辖区疾控部门上报有关信息，并同时报送市卫健委医政医管处，重大事项及时报送。

未经授权任何单位、个人不得擅自对外发布救治信息。



2019年12月30日