COMPOSITE
EXHIBIT B

科研部门; 其他; 中国病毒学培训部;

添加至群组

【重要提醒】关于严禁披露武汉不明原因肺炎相关信息的通知

2020年1月2日周四 10:28

大家好！
近期社会上高度关注"武汉不明原因肺炎"事件的进展，而前期一些不当、不实信息的传播已经造成了一定程度的大众恐慌。

我所正在卫生部门指导下，紧锣密鼓地开展有关工作。现将昨天接到的国家卫健委电话通知内容传达如下：

国家卫健委明确要求，所有与此次疫情相关的检测、实验数据以及结果、结论，一律不得在自媒体和社交软件公布，不得向媒体（包括官方媒体）、合作机构（包括

我所正在卫生部门指导下，紧锣密鼓地开展有关工作。现将昨天接到的国家卫健委电话通知内容传达如下：

国家卫健委明确要求，所有与此次疫情相关的检测、实验数据以及结果、结论，一律不得在自媒体和社交软件公布，不得向媒体（包括官方媒体）、合作机构（包括技术服务公司等）透露。

还请大家一定严格遵守！

祝好

王延轶

–

Yan-Yi Wang, Ph.D.

Professor

Wuhan Institute of Virology

Important Course About Strictly Prohibiting Unknown Pneumonia in Wuhan
Notice of Relevant Information

January 2, 2020 10:28am

Hello Everyone!

The recent society pays close attention to the progress of the "Wuhan Unexplained Pneumonia" incident, and the dissemination of some false information in the early stage has definitely caused a certain degree of public fear.

Our institute is conducting relevant work under the guidance of the health department. The content of the phone call that the National Health and Health Commission received yesterday is as follows :

The National Health and Health Commission clearly requires that all relevant testing and experimental data and results, conclusions, shall not be published in self-media and social software, and must not be submitted to the media (including official media), cooperation agencies (including technical service companies, etc.) or leaked.

Everyone please follow this strictly！

With best wishes,

Yan-Yi Wang

Yan-Yi Wang, Ph.D.
Professor
Wuhan Institute of Virology