# COMPOSITE EXHIBIT C

## 武汉市公安局 武昌分局 中南路街派出所

### 训 诫 书

武公（中）字（ 20200103 ）

被训诫人 李文亮　　　　　　　　性别 男　　出身年月　　　　　　　　。

身份证号各类及号码　　　　　　　　　　　　　　　　　　

现住址（户籍所在地） 武汉市　　　　　　　　　　　　　

工作单位　　武汉市中心医院　　　　　　　　　　　　　

违法行为（时间、地点、参与人、人数、反映何问题、后果等）

　　　　2019 年 12 月 30 日在微信群 "　　　　　　　　" 发表有

关华南水果海鲜市场确诊 7 例 SARS 的不属实的言论。

　　现在依法对你在互联网上发表不属实的言论的违法问题提出警示和训诫。你的行为严重扰乱了社会秩序。你的行为已超出了法律所允许的范围，违反了《中华人民共和国治安管理处罚法》的有关规定，是一种违法行为！

　　公安机关希望你积极配合工作，听从民警的规劝，至此中止违法行为。你能做到吗？

　　答： 能

　　我们希望你冷静下来好好反思，并郑重告诫你：如果你固执己见，不思悔改，继续进行违法活动，你将会受到法律的制裁！你听明白了吗？

　　答： 明白

被训诫人：　　　　　　　　　　2020 年 1 月 3　　　　　　

训诫人：　　　　　　　　　　　工作单位：



24 年

@xiaolwl

**Wuhan Police Department    Wuchang Precinct    Zhonghan Road Police Station**

## Letter of Warning

Person Warned  Li Wenliang          Gender Male    Date of Birth REDACTED

Personal Identification Number REDACTED

Address  REDACTED, Wuhan

Work Unit     Wuhan Central Hospital

Illegal Activity (Date, location, participants, number of participants, issues reflected,

consequences, etc) Publishing untruthful information about seven confirmed

Sars cases from the Huanan Fruit and Seafood Market on the WeChat

group "REDACTED" on December 30, 2019.

   According to the law, this letter serves as a warning and a reprimand over
your illegally spreading untruthful information online. Your action has severely
disrupted the order of society. Your action has breached the law, violating the
relevant rules in "Law of the People's Republic of China on Penalties for Admin-
istration of Public Security." It is an illegal act!

   The law enforcement agency wants you to cooperate, listen to the police,
and stop your illegal behavior. Can you do that?

   Answer:     *I can*

   We want you to calm down and reflect on your actions, as well as solemnly
warn you: If you insist on your views, refuse to repent and continue the illegal
activity, you will be punished by the law. Do you understand?

   Answer:     *I understand*

Person warned: *Li Wenliang*                January 3, 2020