**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;             CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;                 CLASS ACTION
MARIANGELLA MANNING;            JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiffs and undersigned identify the following additional Plaintiffs, which have been added to the docket:

LEE ANGIOLETTI;

MARIANGELLA MANNING;

LYNNORA VASQUEZ;

and REBECCA MADDEN;

on behalf of themselves, and all those similarly situated.

CASE NO. 9:20-cv-80604-RKA

Dated this 7th day of July, 2020.

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

By: _/s Matthew T. Moore_
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com