# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, WILKIE D. FERGUSON, JR. UNITED STATES COURTHOUSE.

CASE NUMBER: 1:20-CV-21108-UU

MARTA REYES., ET AL.

        Plaintiff,

PEOPLE'S REPUBLIC OF CHINA, ET AL.

        Defendant.

_____/

**AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

**STATE OF FLORIDA**

**COUNTY OF MIAMI-DADE**

1. My name is Maria J. Gutierrez and I am the President of Judicial Process and Support, Inc.

2. Judicial Process and Support, Inc., is a process serving company authorized to serve service of process. Judicial Process and Support, Inc., has been in business since April 2000 and specializes in serving process internationally under The Hague Convention.

3. Matthew T. Moore, Esq. retained our services to serve legal documents upon:

    - PEOPLE'S REPUBLIC OF CHINA, THE STATE COUNCIL OF THE PRC, ATTN: LI KEQIANG

    - COMMUNIST PARTY OF CHINA, THE CENTRAL COMMITTEE OF THE COMMUNIST PARTY OF CHINA, ATTN.: XI JINPING

    - NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, ATTN.: MA XIAOWEI

    - WUHAN HEALTH COMMISSION, ATTN.: ZHANG HONGXING

    - HUBEI HEALTH COMMISSION, ATTN.: WANG HESHENG

    - THE PEOPLE'S GOVERNMENT OF CITY OF WUHAN, CHINA, ATTN.: ZHOU XIANWANG

    - THE PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, ATTN.: WANG XIAODONG

- WUHAN INSTITUTE OF VIROLOGY, CHINESE ACADEMY OF SCIENCES, ATTN.: YANYI WANG

4. Based on our experience the process under The Hague Convention for service to China could take from 6-12 months.

5. This affidavit is prepared and executed in anticipation that the attorney of record will need an extension of time.

_____    Date: 7-1-20

Maria J. Gutierrez, President of Judicial Process and Support, Inc.