**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;          CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;              CLASS ACTION
MARIANGELLA MANNING;         JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

## STATUS REPORT

Pursuant to the Court's July 6, 2020 Order, [DE 18], Plaintiffs hereby file their

August 3, 2020 status report:

Proposed summonses were filed on July 13, 2020, [DE 22], and the clerk issued

the summonses on July 21, 2020.  [DE's 24–25].  The Clerk's office required some extra

time because of the pandemic, and also because of the differences in the Hague

Convention summons details.  [*See* DE's 26–28].

The U.S. based Defendant. PetroChina International (America), Inc., was served July 31, 2020, with the Amended Complaint and the Court's Order on the timing and coordination of Defendants' responses to the Amended Complaint.  [DE 17].

The summonses for the other two Defendants, DE 17, and the Amended Complaint are currently being translated into Official Chinese, which will be completed shortly.  Once the translations are finished, the service vendor will coordinate Federal Express delivery to the Hague Convention compliance office in Beijing, China.

Plaintiff's next status report will be filed on September 2, 2020.

Respectfully submitted this 3rd day of August, 2020.

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

By:  */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com