UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINESE COMMUNIST PARTY, et al., <br><br> Defendants. | Civil Action No. 9:20-cv-80604-RKA |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pravin R. Patel hereby makes an appearance as counsel of record for Defendant PETROCHINA INTERNATIONAL (AMERICA), INC., and directs that all responsive pleadings and papers filed in the above action be served upon the following:

Pravin R. Patel
pravin.patel@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131

Dated: August 17, 2020

Respectfully submitted,

*/s/ Pravin R. Patel*
Pravin R. Patel (FBN 0099939)
Pravin.Patel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on August 17, 2020.  As such, the foregoing was served electronically upon all counsel of record.

>  /s/ Pravin R. Patel
>  Pravin R. Patel (FBN 0099939)
>  pravin.patel@weil.com
>  **WEIL, GOTSHAL & MANGES LLP**
>  1395 Brickell Avenue, Suite 1200
>  Miami, Florida 33131
>  (305) 577-3100 (Telephone)
>  (305) 374-7159 (Facsimile)
>
>  *Counsel for Defendant PetroChina International (America), Inc.*