UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;           CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;               CLASS ACTION
MARIANGELLA MANNING;          JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

## STATUS REPORT

Pursuant to the Court's July 6, 2020 Order, [DE 18], Plaintiffs hereby file their September 3, 2020 status report:

Since the prior status report, the required international service forms (USM-94) were prepared and completed by the service vendor, Judicial Service and Support, and those, as well as the Amended Complaint were translated into Official Chinese. Undersigned is waiting for confirmation from the service vendor that the required service fees have been transmitted to Beijing, which then allows the service packages to be sent via Federal Express. This must be timed precisely because the Beijing Hague

Convention compliance office has not been keeping regular office hours due to the pandemic and if their staff member is not there to receive it, it may be deemed lost or destroyed.

Plaintiff's next status report will be filed in 30 days.

Respectfully submitted this 3rd day of September, 2020.

**THE LAW OFFICES OF
BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

By: /s Matthew T. Moore
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

CASE NO. 9:20-cv-80604-RKA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this September 3, 2020 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, and the following attorneys of record.

/s/ Matthew T. Moore
Matthew T. Moore, Esq.

*Counsel for PetroChina International (America), Inc.*

Edward Soto
Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159
Email: edward.soto@weil.com

Pravin Rajesh Patel
Weil, Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
(305 577-3112
Fax: (305) 374-7159
Email: pravin.patel@weil.com