UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;          CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;              CLASS ACTION
MARIANGELLA MANNING;         JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

## STATUS REPORT

Pursuant to the Court's July 6, 2020 Order, [DE 18], Plaintiffs hereby file their October status report:

Since the prior status report, Plaintiff's service vendor has confirmed that the required international service fees were wired and received, and that the service packets for the Communist Party of China and People's Republic of China were received by the Hague Convention compliance office in Beijing on September 11, 2020. The service packets now need to be processed by the compliance office before being transmitted to the Chinese Supreme Court for service to the Defendants. It is currently unknown how long it will take for the compliance

CASE NO. 9:20-cv-80604-RKA

office to process the packets, and for service to be perfected, for reasons that will be more fully set forth in the Plaintiffs' motion for an extension of time to effectuate service, pursuant to the Court's July 6, 2020 Order, [DE 18], which is due by (and will be filed on) October 5, 2020.

Plaintiff's next status report will be filed in 30 days.

Respectfully submitted this 2nd day of October, 2020.

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

By:  /s *Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this October 2, 2020 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

                */s/ Matthew T. Moore*
                Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com
Vincent J. Duffy
vduffy@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159