## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON, *et al*.,
each on behalf of themselves,
and all those similarly situated,

CASE NO. 9:20-cv-80604-RKA
CLASS ACTION
JURY TRIAL DEMANDED

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

### ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME

**THIS CAUSE** came before the Court on Plaintiffs' Motion for an Extension of Time to effectuate service on the foreign Defendants, the CHINESE COMMUNIST PARTY and the PEOPLE'S REPUBLIC OF CHINA.  [DE 35].  The Court having considered the motion and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion for an Extension of Time is granted.  The Parties shall have until _____ to effectuate service upon the People's Republic of China and Chinese Communist Party.  It is

FURTHER ORDERED AND ADJUDGED that Plaintiffs' shall continue to file status reports on its service efforts every thirty (30) days.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this _____ day of October, 2020.

1

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record