UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;
LEE ANGIOLETTI;
MARIANGELLA MANNING;
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

CASE NO. 9:20-cv-80604-RKA
CLASS ACTION
JURY TRIAL DEMANDED

## STATUS REPORT

Pursuant to the Court's July 6, 2020 Order, [DE 18], Plaintiffs hereby file their latest thirty-day status report:

On Friday, February 26, 2021, undersigned received the attached letter from China's Ministry of Justice. (Exhibit 1). China has refused to effect service of the Complaint, citing sovereign immunity grounds, and has returned the service packs transmitted in September 2020. Plaintiffs posit that the refusal of service means that the Chinese Communist Party (CCP) and People's Republic of China (PRC) may be subject to a default judgment pursuant to Article 15 of the Hague Convention on Service of Process. Moreover, Plaintiffs have pled that the CCP may

CASE NO. 9:20-cv-80604-RKA

not hide behind sovereign immunity as it is not an organ of the government nor a government entity.

Plaintiffs will file a motion to re-open the case and pursue a scheduling order by the Court's previously imposed March 11, 2021 deadline to effect service. [*See* DE 36].

Respectfully submitted this 2nd day of March, 2021.

> **THE LAW OFFICES OF**
> **BERMAN & BERMAN, P.A.**
> P.O. Box 272789
> Boca Raton, FL 33427
> Telephone: (561) 826-5200
> Fax: (561) 826-5201
>
> By: */s Matthew T. Moore*
> Matthew T. Moore, Esq.
> Fla. Bar No. 70034
> Primary: service@thebermanlawgroup.com
> Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this March 2, 2021 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

                                            */s/ Matthew T. Moore*
                                            Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159