# 中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China
No. 33, PingAnLi West Ave., Xicheng District, Beijing 100035, China
Tel: +86 10 5560 4537   Fax: +86 10 5560 4538

To:
MATTHEW T. MOORE
Judicial Process&Support, Inc.
19 West Flagler Street, #610,
Miami, FL 33130
U.S.A.

CC to:
United States District Court for Southern District of Florida
2110 1st St 2-194, Fort Myers,
FL 33901
U.S.A.
TEL: 239 461-2000

Beijing, February 7, 2021
Your Ref. No. 9:20-CV-80604-RKA
Our Ref. No. 2021/SXH/18

The requests for service of documents have been received.

It is regretful to return the requests because they do not comply with the provisions of *the Hague Convention on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (hereinafter referred to as the Convention), and *the Declaration* made by the People's Republic of China at its accession. The specific reasons for the return are as follows (the item/items marked with X):

( )   The address of the person to be served upon is not sufficiently provided (Paragraph 2 of Article 1).

( )   The form of the Request does not conform to the model annexed to *the Convention* (Paragraph1 of Article 1).

( )   The terms in the Request are not written in the languages specified by *the Convention* (Article 7).

( )   The Request and the documents to be served are not furnished in duplicate (Paragraph 2 of Article 3).

( )   The documents to be served are not written in, or translated into Chinese (Article 5).

( )   The case relating to the request does not fall into the scope of *the Convention* (Paragraph 1 of Article 1).

# 中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China
No. 33, PingAnLi West Ave., Xicheng District, Beijing 100035, China
Tel: +86 10 5560 4537   Fax: +86 10 5560 4538

---

( X )   The execution of the request would infringe the sovereignty or security of the People's Republic of China (Article 13).

(　)   Others:



International Legal Cooperation Center
Ministry of Justice
People's Republic of China

Contact: Li Zhiying (Ms.)
Tel: +86 10 6309 8240
Fax: +86 10 5560 4538
Email: ivylee319@vip.sina.com

\* Enclosures: Documents submitted by the requesting party

