# 中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China
No. 33, PingAnLi West Ave., Xicheng District, Beijing 100035, China
Tel: +86 10 5560 4537   Fax: +86 10 5560 4538

To:
MATTHEW T. MOORE
Judicial Process&Support, Inc.
19 West Flagler Street, #610,
Miami, FL 33130
U.S.A.



CC to:
United States District Court for Southern District of Florida
2110 1st St 2-194, Fort Myers,
FL 33901
U.S.A.
TEL: 239 461-2000

Beijing, February 7, 2021
Your Ref. No. 9:20-CV-80604-RKA
Our Ref. No. 2021/SXH/18

The requests for service of documents have been received.

It is regretful to return the requests because they do not comply with the provisions of *the Hague Convention on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (hereinafter referred to as the Convention), and *the Declaration* made by the People's Republic of China at its accession. The specific reasons for the return are as follows (the item/items marked with X):

( )   The address of the person to be served upon is not sufficiently provided (Paragraph 2 of Article 1).

( )   The form of the Request does not conform to the model annexed to *the Convention* (Paragraph1 of Article 1).

( )   The terms in the Request are not written in the languages specified by *the Convention* (Article 7).

( )   The Request and the documents to be served are not furnished in duplicate (Paragraph 2 of Article 3).

( )   The documents to be served are not written in, or translated into Chinese (Article 5).

( )   The case relating to the request does not fall into the scope of *the Convention* (Paragraph 1 of Article 1).

# 中华人民共和国司法部
## Ministry of Justice, People's Republic of China
No. 33, PingAnLi West Ave., Xicheng District, Beijing 100035, China
Tel: +86 10 5560 4537   Fax: +86 10 5560 4538

---

( X )   The execution of the request would infringe the sovereignty or security of the People's Republic of China (Article 13).

(   )   Others:

> International Legal Cooperation Center
> Ministry of Justice
> People's Republic of China

Contact: Li Zhiying (Ms.)
Tel: +86 10 6309 8240
Fax: +86 10 5560 4538
Email: ivylee319@vip.sina.com

\* Enclosures: Documents submitted by the requesting party

10019423-A-L

广州九恒条码股份有限公司承印   中国邮政速递物流股份有限公司监制   20年1月印制

中国邮政集团公司 CHINA POST GROUP

国际(地区)特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EA541527002CN

**寄件人 / FROM**

收寄日期 / POSTING DATE & TIME: 2021 年 02 月 10 日 10 时

国家(地区) / COUNTRY(REGION): China

电话(非常重要) / PHONE (VERY IMPORTANT): 55604537

城市 / CITY: Beijing

公司 / COMPANY: Ministry of Justice International Legal Cooperation Center (ILCC)

地址 / ADDRESS: 33, Pinganli Xicheng District BEIJING

邮政编码 / POSTAL CODE: PC 100035 People's Republic of China

用户编码 / CUSTOMER CODE:

CN22

☐ 文件资料 / DOCUMENT    ☐ 物品 / PARCEL

退回 / RETURNED

☐ 放弃 / ABANDONED

**收件人 / TO**

国家(地区) / COUNTRY(REGION): U.S.A. (美国)

城市 / CITY:

公司 / COMPANY: United States District Court for Southern District of Florida

地址 / ADDRESS: 1st st 2-194, Fort Myers,

邮政编码 / POSTAL CODE: FL 33901

电话(非常重要) / PHONE (VERY IMPORTANT): 239 461-2000

体积 / VOLUME: L × H × W 立方厘米 / cm³

资费 / CHARGE: 180.00 元

其他费用 / ADD CHARGE: 0.00 元

保险费: ¥

总重量 / TOTAL WEIGHT: 180.00 克 / KG

EA541527002CN