## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;                    CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;                             CLASS ACTION
MARIANGELLA MANNING;             JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.


Defendants.
_____/

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY
### (UNOPPOSED)

      Plaintiffs, by and through undersigned counsel, hereby respectfully file this Unopposed

Motion for a brief one week extension of time to file their Reply to Defendant PetroChina

International (America), Inc.'s (PetroChina America) response in opposition to Plaintiffs'

Motion to Reopen the Case and for a Scheduling Conference.  In support thereof, Plaintiffs

further state:

      1.     Plaintiffs filed their Motion to Reopen the Case on March 11, 2021.  [DE 43].

2.      PetroChina America filed its response in opposition on March 24, 2021, [DE 44], and Plaintiffs' reply is due March 31, 2021.

3.      Plaintiffs respectfully request a one week extension of time to file their reply, up to and including April 7, 2021.

4.      Apart from the usual press of firm business, and the complex issues presented in the briefing, undersigned is handling several concurrent obligations, including providing litigation support to one of the firm's trial teams in the matter of *Thompson v. State Farm Mut. Auto Ins. Co.*, Case No. 502019CA015823 (Palm Beach Cnty. Cir. Ct.).  Jury selection began March 24, 2021, and closing arguments are not expected before Tuesday March 30, 2021.  Thus, this brief one week extension of time is respectfully requested.

5.      This motion is made in the interest of justice and not for the purposes of delay and should not prejudice any of the parties to this action.

6.      Pursuant to Local Rule 7.1(a)(3), undersigned has conferred with counsel for Defendant Petro China America, and they do not oppose the relief sought herein.

7.      A Proposed Order is attached.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant this Unopposed Motion for Extension of Time for the Plaintiffs to reply to Defendant's response in opposition to the Motion to Reopen the Case, and for such other relief as the Court deems just and proper.

Respectfully submitted this 26 day of March, 2021.

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427

Telephone: (561) 826-5200
Fax: (561) 826-5201

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this March 26, 2021 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

*/s/ Matthew T. Moore*
Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159