UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON, *et al.*,
each on behalf of themselves,
and all those similarly situated,

CASE NO. 9:20-cv-80604-RKA
CLASS ACTION
JURY TRIAL DEMANDED

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

## PROPOSED ORDER

**THIS CAUSE** came before the Court on Plaintiffs' Motion for an Extension of Time to File Reply Brief. [DE _____].  The Court having considered the motion and being advised that Defendant PetroChina International (America), Inc. does not oppose the requested relief, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion is GRANTED.  Plaintiffs' shall have up through and including April 7, 2021 to file their reply to Defendant's response in opposition to Plaintiffs' Motion to Reopen the Case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this _____ day of March, 2021.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record