UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;
LEE ANGIOLETTI;
MARIANGELLA MANNING;
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

CASE NO. 9:20-cv-80604-RKA
CLASS ACTION
JURY TRIAL DEMANDED

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

### STATUS REPORT

Plaintiffs filed their Reply to Defendant PetroChina International (America), Inc.'s Opposition Brief on April 8, 2021. [DE 47]. In their Reply they conceded, *inter alia*, that continued service effort(s) were necessary in light of further research, but have sought the direction of the Court on whether to proceed with service by mail under 28 U.S.C. § 1608(a)(3), or if they may proceed to service via the U.S. State Department pursuant to § 1609(a)(4) (and if so, if it may proceed directly without assistance from the Clerk of Court).

While awaiting the Court's decision, Plaintiffs file this Status Report in an abundance of caution.

CASE NO. 9:20-cv-80604-RKA

Respectfully submitted this 11th day of May, 2021.

        **THE LAW OFFICES OF**
        **BERMAN & BERMAN, P.A.**
        P.O. Box 272789
        Boca Raton, FL 33427
        Telephone: (561) 826-5200
        Fax: (561) 826-5201

        By:  */s Matthew T. Moore*
        Matthew T. Moore, Esq.
        Fla. Bar No. 70034
        Primary: service@thebermanlawgroup.com
        Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this May 11, 2021 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

*/s/ Matthew T. Moore*
Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159