UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80604-CIV-ALTMAN

**MORIAH AHARON,** *et al.*,

    *Plaintiffs,*

v.

**CHINESE COMMUNIST PARTY,** and
**PEOPLE'S REPUBLIC OF CHINA,**

    *Defendants.*
_____/

## ORDER

The Plaintiffs filed a Motion [ECF No. 43], asking the Court to reopen the case, to order a scheduling conference, and to relieve the Plaintiffs from filing status reports every 30 days. *See generally* Mot. Since the Defendants responded [ECF No. 44], and the Plaintiffs replied [ECF No. 47], the Motion is now ripe for resolution.

In their Reply, the Plaintiffs "partially concede and admit that they must continue and complete the procedural steps of the FSIA [Foreign Sovereign Immunities Act] as to Defendants the People's Republic of China ("PRC") and the Chinese Communist Party ("CCP") before the case may proceed" and be reopened. Reply at 2. In that same Reply, the Plaintiffs ask the Court—for the first time—to allow service under 28 U.S.C. § 1608(a)(3) or § 1608(a)(4). *Id.* at 2–7. It's well-settled, though, that "[a]rguments not properly presented in a party's initial brief or raised for the first time in the reply brief are deemed waived." *In re Egidi*, 571 F.3d 1156, 1163 (11th Cir. 2009); *see, e.g.*, *Rankin v. Celebrity Cruises, Ltd.*, 489 F. App'x 362, 362 n.1 (11th Cir. 2012) ("[T]he law of this circuit is clear that arguments which are first raised in a reply brief are deemed waived.").

Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that the Motion [ECF No. 43] is **DENIED**. To the extent

the Plaintiffs want to proceed under 28 U.S.C. § 1608(a)(3) or § 1608(a)(4), they must file a motion that complies with S.D. FLA. L.R. 7.1(a)(3).

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of June 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record