UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;
LEE ANGIOLETTI;
MARIANGELLA MANNING;
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

CASE NO. 9:20-cv-80604-RKA
CLASS ACTION
JURY TRIAL DEMANDED

## STATUS REPORT

Plaintiffs have contemporaneously filed today a motion to continue and complete their service efforts through the U.S. Department of State, in response to the Court's June 7 Order denying Plaintiff's Motion to Reopen this case, [DE 50], and respectfully file this Status Report in an abundance of caution.  In preparation for the Motion, Plaintiffs met and conferred with counsel for PetroChina International (America), Inc. to discuss the relief requested.  The parties were not ultimately able to reach agreement, and PetroChina takes no position on the Motion. Plaintiffs also evaluated several service vendors with ample experience in completing service on foreign sovereign defendants through the State Department, and chose Civil Action Group of

CASE NO. 9:20-cv-80604-RKA

Minneapolis, MN.  Plaintiffs have further assembled the documentation needed to complete any additional translations and to expedite the final step of service as quickly and efficiently as possible upon the Court's go-ahead.

Respectfully submitted this 9th day of July, 2021.

>   **THE LAW OFFICES OF**
>   **BERMAN & BERMAN, P.A.**
>   P.O. Box 272789
>   Boca Raton, FL 33427
>   Telephone: (561) 826-5200
>   Fax: (561) 826-5201
>
>   By:  */s Matthew T. Moore*
>   Matthew T. Moore, Esq.
>   Fla. Bar No. 70034
>   Primary: service@thebermanlawgroup.com
>   Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this July 9, 2021 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

      */s/ Matthew T. Moore*
      Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159