UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80604-CIV-ALTMAN

**MORIAH AHARON,** *et al.***,**

    *Plaintiffs,*

**v.**

**CHINESE COMMUNIST PARTY,** and
**PEOPLE'S REPUBLIC OF CHINA,**

    *Defendants.*

_____/

### ORDER OF REFERRAL

The Plaintiffs filed a Motion to Continue Service Efforts (the "Motion") [ECF No. 53]. Pursuant to Rules 54(d)(2)(D) and 72(a) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that the Motion [ECF No. 38] is **REFERRED** to United States Magistrate Judge Bruce E. Reinhart for a Report & Recommendation.

**DONE AND ORDERED** in Miami, Florida this 22nd day of November 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record