UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINESE COMMUNIST PARTY, et al., <br><br> Defendants. | Civil Action No. 9:20-cv-80604-RKA |

**DEFENDANT PETROCHINA'S NOTICE OF NO OBJECTION
TO THE DECEMBER 2, 2021 REPORT AND RECOMMENDATION**

Defendant PetroChina International (America), Inc. ("PetroChina"), by and through the undersigned counsel, hereby notifies the Court that it does not intend to file any objections to United States Magistrate Judge Bruce Reinhart's Report and Recommendation [D.E. 61], dated December 2, 2021.

Dated: December 7, 2021 Respectfully submitted,

*/s/ Edward Soto*
Edward Soto (FBN 0265144)
edward.soto@weil.com
Pravin Patel (FBN 0099939)
Pravin.Patel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on December 7, 2021. As such, the foregoing was served electronically upon all counsel of record.

/s/ Edward Soto
Edward Soto (FBN 0265144)
edward.soto@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*