# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MORIAH AHARON, et al. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 9:20-cv-80604-RKA |
| CHINESE COMMUNIST PARTY, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  People's Republic of China
The State Council of the People's Republic of China
Attn.: Li Keqiang
2 Fuyou Street, Xicheng District, Beijing, China 100017

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW T. MOORE, ESQ.
THE LAW OFFICES OF BERMAN & BERMAN, P.A.
D/B/A BERMAN LAW GROUP
POST OFFICE BOX 272789
BOCA RATON, FL 33427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 4, 2022

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MORIAH AHARON, et al. <br><br> *Plaintiff(s)* <br> v. <br> CHINESE COMMUNIST PARTY, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 9:20-cv-80604-RKA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Communist Party of China
The Central Committee of the Communist Party of China
Attn.: Xi Jinping
12 Fuyou Street, Xicheng District, Beijing, China 100017

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW T. MOORE, ESQ.
THE LAW OFFICES OF BERMAN & BERMAN, P.A.
D/B/A BERMAN LAW GROUP
POST OFFICE BOX 272789
BOCA RATON, FL 33427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 4, 2022

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ P. Curtis
Deputy Clerk
U.S. District Courts