UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;           CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;                CLASS ACTION
MARIANGELLA MANNING;           JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

## STATUS REPORT

Plaintiffs hereby file their monthly status report pursuant to the Court's December 20, 2021 Order. [D.E. 64]. As stated in January's report, Plaintiffs requested new summonses from the Clerk, which were issued and submitted to the Plaintiffs' international service vendor. Upon review, the vendor suggested a change to the summons for Defendant Chinese Community Party, and a request for a revised summons has been submitted to the Clerk. Plaintiffs have otherwise proceeded with the other paperwork and forms required for State Department service, including the translation of the Foreign Sovereign Immunities Act (FSIA) into Official Chinese. That

CASE NO. 9:20-cv-80604-RKA

translation is in its final stages. Plaintiffs have further processed the necessary service fees, and the service packets should be at the State Department before the next status report.

Respectfully submitted this 2nd day of February, 2022.

        **THE LAW OFFICES OF**
        **BERMAN & BERMAN, P.A.**
        P.O. Box 272789
        Boca Raton, FL 33427
        Telephone: (561) 826-5200
        Fax: (561) 826-5201

        By: */s Matthew T. Moore*
        Matthew T. Moore, Esq.
        Fla. Bar No. 70034
        Primary: service@thebermanlawgroup.com
        Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this February 2, 2022 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

*/s/ Matthew T. Moore*
Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159