UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;                           CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;                               CLASS ACTION
MARIANGELLA MANNING;                          JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

## STATUS REPORT

Plaintiffs hereby file their monthly status report pursuant to the Court's December 20, 2021 Order. [D.E. 64]. During November, the State Department provided an update to Plaintiff's service of process vendor that they were finished processing the service documents and waiting for confirmation from certain coordinating offices within State to be able to move forward. Upon further inquiry this week, the State Department informed us that they have now received the necessary internal confirmations and will proceed with service upon the China-based Defendants through diplomatic channels. Undersigned will update the Court with the progress in their next status report.

CASE NO. 9:20-cv-80604-RKA

Respectfully submitted this 1st day of December, 2022.

><br>**THE LAW OFFICES OF**<br>
**BERMAN & BERMAN, P.A.**<br>
P.O. Box 272789<br>
Boca Raton, FL 33427<br>
Telephone: (561) 826-5200<br>
Fax: (561) 826-5201<br>
<br>
By:  */s Matthew T. Moore*<br>
Matthew T. Moore, Esq.<br>
Fla. Bar No. 70034<br>
Primary: service@thebermanlawgroup.com<br>
Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this December 1, 2022 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

                                                          */s/ Matthew T. Moore*
                                                          Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159