Certificate of Service
Under the Foreign Sovereign Immunities Act

People's Republic of China )
Beijing Municipality      )
    ss:
City of Beijing           )
Embassy of the United     )
States of America         )

I, Briant Platt, Consul of the United States of America in Beijing, China, certify that this is a true copy of the Embassy of the United States of America, diplomatic note No. 2023-0095 dated January 18, 2023, and delivered to the Ministry of Foreign Affairs of the People's Republic of China on January 18, 2023.



Briant S. Platt
Consul of the United States of America
United States Embassy Beijing

No. 2023-0095

The Embassy of the United States of America refers the Ministry of Foreign Affairs of the People's Republic of China to the lawsuit *Moriah Aharon, et al. v. Chinese Communist Party, et al.*, 9:20-cv-80604-RKA, which is pending in the U.S. District Court for the Southern District of Florida. The Chinese Communist Party is a defendant in this case. The Embassy transmits a Summons and First Amended Class Action Complaint herewith. The U.S. District Court for the Southern District of Florida has requested service of these documents on the Chinese Communist Party as contemplated in Title 28, United States Code, Section 1608(a)(4). This note constitutes transmittal of these documents as requested by the U.S. District Court for the Southern District of Florida Court.

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and First Amended Class Action

Complaint be forwarded to the appropriate authority of the Chinese Communist Party with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and First Amended Class Action Complaint the Embassy is enclosing a Notice of Suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign states.

Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Summons, First Amended Class Action Complaint, and Notice of Suit
2. Translations



Briant Platt
Consul

Embassy of the United States of America

Beijing, January 18, 2023

## Certificate of Service
## Under the Foreign Sovereign Immunities Act

| | |
|---|---|
| People's Republic of China | ) |
| Beijing Municipality | ) |
| ss: | |
| City of Beijing | ) |
| Embassy of the United | ) |
| States of America | ) |

I, Briant Platt, Consul of the United States of America in Beijing, China, certify that this is a true copy of the Embassy of the United States of America, diplomatic note No. 2023-0094 dated January 18, 2023, and delivered to the Ministry of Foreign Affairs of the People's Republic of China on January 18, 2023.

*[signature]*

**Briant S. Platt**
Consul of the United States of America
United States Embassy Beijing

No. 2023-0094

    The Embassy of the United States of America refers the Ministry of Foreign Affairs of the People's Republic of China to the lawsuit *Moriah Aharon, et al. v. Chinese Communist Party, et al.*, 9:20-cv-80604-RKA, which is pending in the U.S. District Court for the Southern District of Florida. The People's Republic of China is a defendant in this case. The Embassy transmits a Summons and First Amended Class Action Complaint herewith. The U.S. District Court for the Southern District of Florida has requested service of these documents on the People's Republic of China as contemplated in Title 28, United States Code, Section 1608(a)(4). This note constitutes transmittal of these documents as requested by the U.S. District Court for the Southern District of Florida Court.

    Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and First Amended Class Action

Complaint be forwarded to the appropriate authority of the People's Republic of China with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and First Amended Class Action Complaint the Embassy is enclosing a Notice of Suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign states.

Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Summons, First Amended Class Action Complaint, and Notice of Suit
2. Translations



Briant Platt
Consul

Embassy of the United States of America

Beijing, January 18, 2023