# EXHIBIT A



**United States Department of State**

*Washington, D.C.  20520*

March 17, 2023

Wilkie D. Ferguson Jr. United States Courthouse
ATTENTION: Clerk of Court- INTAKE DEPARTMENT
400 North Miami Avenue
Miami, Florida 33128

Re: ***Moriah Aharon, et al. v. Chinese Communist Party, et al.,* 9:20-cv-80604-RKA**

Dear Clerk of Court:

I am writing regarding the Court's request for transmittal of Summons, First Amended Class Action Complaint, and Notice of Suit to the People's Republic of China and the Chinese Communist Party, pursuant to 28 U.S.C. Section 1608(a)(4) as defendants in the above referenced lawsuit.

The United States Embassy in Beijing, China transmitted the documents to the Ministry of Foreign Affairs of the People's Republic of China under cover of diplomatic notes Nos. 2023-0094 and 2023-0095, dated and delivered on January 18, 2023.  Certified copies of these diplomatic notes are enclosed.

Subsequently, the U.S. Embassy in Beijing received a reply from the Ministry of Foreign Affairs of the People's Republic of China in the form of a diplomatic note from February 2, 2023.  While the Foreign Sovereign Immunities Act, 28 U.S.C. 1608, does not contemplate the use of the diplomatic channel as a means for defendant foreign States to respond to service of process, in certain cases foreign governments will provide replies via the diplomatic channel.  When this occurs, it is our practice to provide the sending court with these documents. Therefore, I am including a copy of the original diplomatic note as well as an informal translation of the note.

Sincerely,

Jared Hess
Attorney Adviser
Office of Legal Adviser
L/CA/POG/GC

Cc:   Ann Mickow
      APS International, Ltd.
      APS International Plaza
      7800 Glenroy Rd.
      Minneapolis, MN 55439

## Certificate of Service
## Under the Foreign Sovereign Immunities Act

People's Republic of China )
Beijing Municipality        )
   ss:
City of Beijing             )
Embassy of the United       )
States of America           )

I, Briant Platt, Consul of the United States of America in Beijing, China, certify that this is a true copy of the Embassy of the United States of America, diplomatic note No. 2023-0094 dated January 18, 2023, and delivered to the Ministry of Foreign Affairs of the People's Republic of China on January 18, 2023.

**Briant S. Platt**
Consul of the United States of America
United States Embassy Beijing

No. 2023-0094

The Embassy of the United States of America refers the Ministry of Foreign Affairs of the People's Republic of China to the lawsuit *Moriah Aharon, et al. v. Chinese Communist Party, et al.*, 9:20-cv-80604-RKA, which is pending in the U.S. District Court for the Southern District of Florida. The People's Republic of China is a defendant in this case. The Embassy transmits a Summons and First Amended Class Action Complaint herewith. The U.S. District Court for the Southern District of Florida has requested service of these documents on the People's Republic of China as contemplated in Title 28, United States Code, Section 1608(a)(4). This note constitutes transmittal of these documents as requested by the U.S. District Court for the Southern District of Florida Court.

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and First Amended Class Action

Complaint be forwarded to the appropriate authority of the People's Republic of China with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and First Amended Class Action Complaint the Embassy is enclosing a Notice of Suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign states.

Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Summons, First Amended Class Action Complaint, and Notice of Suit

2. Translations



Briant Platt
Consul

Embassy of the United States of America

Beijing, January 18, 2023

*非正式译文 仅供参考*

第 2023-0094 号

美利坚合众国大使馆将莫里亚·阿哈伦等人诉中国共产党的诉讼（9:20-cv-80604-RKA）提交中华人民共和国外交部，该诉讼正在美国佛罗里达州南区地方法院审理。中华人民共和国是本案的被告。大使馆特此转交传票和第一次修订的集体诉讼投诉。美国佛罗里达州南区地方法院已要求按照《美国法典》第 28 篇第 1608（a）（4）条的规定，将这些文件送达给中华人民共和国。本说明达到了美国佛罗里达南区地方法院要求的这些文件的传送要求。

根据美国相关法律，诉讼中的被告必须在起诉书转交之日起 60 天内（在本案中为本说明之日）提交对起诉书或其他回应性诉状的答复。如在本说明之日没有提交起诉书或者回应性诉状答复，被告将有可能在没有机会提出代表自己的论点或证据的情况下而得到不利于被告的判决。因此，大使馆将所附传票和第一次修订的集体诉讼投诉转交中华人民共和国的相关机构，以便采取一切必要措施避免缺席判决。

除了传票和第一次修订的集体诉讼起诉书外，大使馆还附上原告准备的诉讼通知，其中总结了案件的性质，并引用了有关针对外国的诉讼的相关美国法律。

根据美国法律，任何管辖权或其他辩护，包括主权豁免的主张，都必须向正在审理此事的法院提出，因此建议咨询美国的律师。 美国国务院的惯例是可与律师讨论美国法律的要求。 美国政府不是本案的当事方，也不能代表其他当事方处理此事。

附件： 1. 传票、第一次修订的集体诉讼投诉和诉讼通知
2. 翻译

美国驻华大使馆

2023 年 1 月 18 日于北京

## Certificate of Service
## Under the Foreign Sovereign Immunities Act

People's Republic of China  )
Beijing Municipality           )
    ss:
City of Beijing                     )
Embassy of the United       )
States of America              )

I, Briant Platt, Consul of the United States of America in Beijing, China, certify that this is a true copy of the Embassy of the United States of America, diplomatic note No. 2023-0095 dated January 18, 2023, and delivered to the Ministry of Foreign Affairs of the People's Republic of China on January 18, 2023.



**Briant S. Platt**
Consul of the United States of America
United States Embassy Beijing

No. 2023-0095

The Embassy of the United States of America refers the Ministry of Foreign Affairs of the People's Republic of China to the lawsuit *Moriah Aharon, et al. v. Chinese Communist Party, et al.*, 9:20-cv-80604-RKA, which is pending in the U.S. District Court for the Southern District of Florida. The Chinese Communist Party is a defendant in this case. The Embassy transmits a Summons and First Amended Class Action Complaint herewith. The U.S. District Court for the Southern District of Florida has requested service of these documents on the Chinese Communist Party as contemplated in Title 28, United States Code, Section 1608(a)(4). This note constitutes transmittal of these documents as requested by the U.S. District Court for the Southern District of Florida Court.

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and First Amended Class Action

Complaint be forwarded to the appropriate authority of the Chinese Communist Party with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and First Amended Class Action Complaint the Embassy is enclosing a Notice of Suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign states.

Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Summons, First Amended Class Action Complaint, and Notice of Suit
2. Translations

Briant Platt
Consul

Embassy of the United States of America

Beijing, January 18, 2023

*非正式译文 仅供参考*

第 2023-0095 号

美利坚合众国大使馆将莫里亚·阿哈伦等人诉中国共产党的诉讼（9：20-cv-80604-RKA）提交中华人民共和国外交部，该诉讼正在美国佛罗里达州南区地方法院审理。中国共产党是本案的被告。大使馆特此转交传票和第一次修订的集体诉讼投诉。美国佛罗里达州南区地方法院已要求按照《美国法典》第 28 篇第 1608（a）（4）条的规定，将这些文件送达给中国共产党。本说明达到了美国佛罗里达南区地方法院要求的这些文件的传送要求。

根据美国相关法律，诉讼中的被告必须在起诉书转交之日起 60 天内（在本案中为本说明之日）提交对起诉书或其他回应性诉状的答复。如在本说明之日没有提交起诉书或者回应性诉状答复，被告将有可能在没有机会提出代表自己的论点或证据的情况下而得到不利于被告的判决。因此，大使馆将所附传票和第一次修订的集体诉讼投诉转交给中国共产党的相关机构，以便采取一切必要措施避免缺席判决。

除了传票和第一次修订的集体诉讼起诉书外，大使馆还附上原告准备的诉讼通知，其中总结了案件的性质，并引用了有关针对外国的诉讼的相关美国法律。

根据美国法律，任何管辖权或其他辩护，包括主权豁免的主张，都必须向正在审理此事的法院提出，因此建议咨询美国的律师。 美国国务院的惯例是可与律师讨论美国法律的要求。 美国政府不是本案的当事方，也不能代表其他当事方处理此事。

附件： 1. 传票、第一次修订的集体诉讼投诉和诉讼通知
   2. 翻译

美国驻华大使馆

2023 年 1 月 18 日于北京