UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;                          CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;                              CLASS ACTION
MARIANGELLA MANNING;                         JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

**UNOPPOSED MOTION TO REOPEN CASE AND FOR STATUS CONFERENCE**

Plaintiffs, by and through undersigned counsel, hereby respectfully move the Court to re-open this matter and for a status conference as to next steps for the parties to continue pursuing and defending this case. This Motion is unopposed. As grounds therefore, Plaintiffs further state:

**PROCEDURAL BACKGROUND**

1. This case was administratively closed on July 6, 2020 as Plaintiffs continued their service efforts on Defendants, Chinese Communist Party ("CCP") and the People's Republic of China ("PRC") (collectively, "the China Based Defendants").

2.      Plaintiffs continued their service efforts pursuant to the Hague Convention and the Foreign Sovereign Immunities Act ("FSIA") § 1608(a)(2), and the Court set a deadline of March 11, 2021 for the service to be accomplished. [DE 36].

3.      The China Based Defendants refused to accept service pursuant to Article 13 of the Hague Convention, and notice of their refusal was docketed by the Court on March 9, 2021. [DE 42].

4.      Plaintiffs' motion to reopen that case at the juncture was denied, [DE 50], and Plaintiffs then filed for leave to continue their service efforts pursuant to 28 U.S.C. § 1604(a)(4), which is service through the U.S. State Department's diplomatic mission. [DE 53].

5.      The issue was referred to Magistrate Judge Bruce E. Reinhart, and Judge Reinhart recommend the grant of Plaintiff's motion, which the Court adopted on December 20, 2021. [DEs 61, 64].

6.      New summonses were issued, and Plaintiffs' international service vendor proceeded with the necessary translations and service packets for the China Based Defendants were transmitted to the State Department in February 2022. [*See* DE 71].

7.      The State Department was unresponsive to continued inquiries on their efforts to effect service, and the State Department did not serve the China Based Defendants through the Beijing Embassy until January 18, 2023. [*See* DE 84-1, p. 1]. The China Based Defendants responded through a "diplomatic note" on February 2, 2023. [*Id.*]. Briant S. Platt, Consul of the United States at the U.S. Embassy Beijing certified service. [DE 84-1, p.2].

8.      China's response was that they do not recognize and will not participate in this "vexatious litigation." [DE 84-1, p. 13]. They further asserted their sovereign immunity. [*Id.*].

9.     Plaintiffs filed the affidavit of returned service abroad on June 2, 2023, [DE 87], and posit that this case should be reopened and allowed to proceed.

10.    Plaintiffs have diligently filed their monthly status reports throughout this process.

**MOTION TO REOPEN AND FOR STATUS CONFERENCE**

Under the FSIA, once the State Department delivered the service documents to the China's Ministry of Foreign Affairs and certified same, pursuant to § 1608(a)(4), the China Based Defendants were served. *See Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48, 88-89 (D.D.C. 2018). Therefore, Plaintiffs believe all Defendants have now been served and the case may proceed. While PetroChina (International) America, Inc. ("PetroChina") disagrees that all Defendants have been served, they do not oppose Plaintiffs' request to re-open the case and for a status conference.

Plaintiffs respectfully assert that a status conference may benefit the Parties and the Court to discuss and determine, among other items:

- A timetable for a Rule 26 conference, initial disclosures, and a joint scheduling report.
- The need for briefing on threshold issues related to service, sovereign immunity/personal jurisdiction, and entry of default.

As Plaintiffs believe that service is now complete, this case is now ripe to address issues raised under the FSIA and proceed to adjudicating the matters raised in Plaintiff's Amended Complaint.

WHEREFORE, Plaintiffs respectfully request the Court enter an Order: 1) directing the Clerk to reopen this case and allowing the parties to meet and confer for the purposes of Rule 26(f)

and Local Rule 16.1(b); 2) setting a status conference to discuss adjudication of issues raised herein; and for such other relief as the Court may deem just and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that counsel for the Plaintiffs has conferred with counsel for PetroChina (as the only Defendant to have appeared in this action) in a good faith effort to resolve the issues raised in the motion and counsel for Defendant PetroChina have represented to undersigned that, while Defendant PetroChina disagrees that Plaintiffs have completed service as to all Defendants, Plaintiffs may file this motion unopposed as it relates to Plaintiffs request to re-open this case and for a status conference.

Respectfully submitted this 3rd day of August, 2023

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this August 3, 2023 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

              */s/ Matthew T. Moore*
              Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159