UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-80604-CIV-ALTMAN**

**MORIAH AHARON,** *et al.*,

       *Plaintiffs,*

*v.*

**CHINESE COMMUNIST PARTY,** *et al.*,

       *Defendants.*

_____/

## ORDER FOLLOWING STATUS CONFERENCE

For the reasons stated on the record at the hearing on September 20, 2023, we hereby **ORDER and ADJUDGE** that, by **October 11, 2023**, the Plaintiffs shall file a motion of no more than 20 pages, asking the Court to find that they have properly served the foreign Defendants. The Defendant, PetroChina International (America), Inc., shall have fourteen days to respond, after which the Plaintiffs will have seven days to reply.

**DONE AND ORDERED** in the Southern District of Florida on September 20, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record