UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;           CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;               CLASS ACTION
MARIANGELLA MANNING;          JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

## STATUS REPORT

Plaintiffs hereby file their monthly status report pursuant to the Court's December 20, 2021 Order. [D.E. 64]. The Parties are currently working on the briefing the Court outlined at the Status Conference held on September 20, 2023 before Judge Roy K. Altman, as to service on the China based Defendants.

However, undersigned developed a medical condition around the time of the Conference and was then further advised that a surgical intervention was required sooner rather than later. That surgical procedure was performed this past Monday, October 2, 2023 and undersigned has been recovering, and will be able to return to the office at the end of this week. After conferring

CASE NO. 9:20-cv-80604-RKA

with counsel for PetroChina International (America), Plaintiffs are planning to file an unopposed motion for a one week extension of time for their initial brief, up to and including October 18, 2023, with corresponding extensions for the response and reply, for the Court's consideration.

Respectfully submitted this 4th day of October, 2023.

>**THE LAW OFFICES OF**
>**BERMAN & BERMAN, P.A.**
>P.O. Box 272789
>Boca Raton, FL 33427
>Telephone: (561) 826-5200
>Fax: (561) 826-5201
>
>By: */s Matthew T. Moore*
>Matthew T. Moore, Esq.
>Fla. Bar No. 70034
>Primary: service@thebermanlawgroup.com
>Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this October 4, 2023 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

                                               */s/ Matthew T. Moore*
                                               Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159