UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;                    CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;                        CLASS ACTION
MARIANGELLA MANNING;                   JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF
(UNOPPOSED)**

Plaintiffs, by and through undersigned counsel, hereby respectfully file this Unopposed Motion for a brief one week extension of time to file their initial briefing on service of process, as directed by the Court at the September 20, 2023 Status Conference before Judge Roy K. Altman. In support thereof, Plaintiffs further state:

1. The current deadline is October 11, 2023. [*See* DE 96].

2. As detailed in Plaintiffs' October Status Report filed October 4, 2023, [DE 98], undersigned developed a medical condition around the time of the Conference and was then

further advised that a surgical intervention was required sooner rather than later. That surgical procedure was performed this past Monday, October 2, 2023, and undersigned has been recovering, albeit more slowly than expected.

3. Thus, Plaintiffs are requesting a one week extension of time for their initial brief, up to and including October 18, 2023, with corresponding extensions for the response and reply, as set forth in the Court's Order on the briefing schedule. [DE 96].

4. PetroChina International (America) does not oppose the extension or the relief requested herein.

5. This motion is made in the interest of justice and not for the purposes of delay and should not prejudice any of the parties to this action.[1]

6. A Proposed Order is attached.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant this Unopposed Motion for Extension of Time up through and including October 18, 2023, and for corresponding one week extension of the remaining briefing deadlines, and for such other relief as the Court deems just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Prior to filing this Motion and pursuant to this Court's Local Rules, counsel for Plaintiffs has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and Defendant has advised there is no objection.

Respectfully submitted this 9th day of October, 2023.

---

[1] Plaintiffs had intended to file this Motion at the end of last week, but during undersigned's recovery there was an internal communication error, and undersigned regrets any inconvenience to the Court or the Parties.

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

By: <u>/s Matthew T. Moore</u>
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this October 9, 2023 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

                                        */s/ Matthew T. Moore*
                                        Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159