**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MORIAH AHARON, *et al.*,
each on behalf of themselves,
and all those similarly situated,

CASE NO. 9:20-cv-80604-RKA
CLASS ACTION
JURY TRIAL DEMANDED

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

## PROPOSED ORDER

**THIS CAUSE** came before the Court on Plaintiffs' Unopposed Motion for an Extension of Time.  [DE ____].  The Court having considered the motion, the Record, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion is GRANTED.

**DONE AND ORDERED** in Miami, Florida, this _____ day of October, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record