UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;            CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;                CLASS ACTION
MARIANGELLA MANNING;           JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

## UNOPPOSED MOTION TO CONDUCT HEARING BY ZOOM

Plaintiffs, by and through undersigned counsel, hereby respectfully file this unopposed motion to conduct the hearing set for Friday, October 20, 2023, at 3:00 pm by Zoom, and as grounds therefor Plaintiffs further state:

### PROCEDURAL BACKGROUND

1. This morning undersigned received an email from counsel for Petro China America that the Court was requesting availability for a hearing/status conference tomorrow afternoon between 1:00 pm and 4:30 pm.

2. Due to conflicts on undersigned's calendar, he responded that 3:00 pm would be fine. Undersigned assumed that the hearing would be conducted by Zoom.

3. From the subsequent docket entry setting the hearing, it appears that was an incorrect assumption, and this Motion follows.

4. Undersigned's conflicts will run until approximately 2:30 pm tomorrow, and it will likely prove impossible to get from Boca Raton to Miami in less than 30 minutes on a Friday afternoon.

5. Thus, Plaintiffs respectfully request that tomorrow's hearing be conducted by Zoom or other telephonic means.

6. Counsel for PetroChina America has authorized undersigned to represent this Motion is unopposed.

7. This motion is made in good faith and not for the purposes of any delay.

**LOCAL RULE 7.1(a)(3) CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that counsel for the Plaintiffs has conferred with counsel for PetroChina America (as the only Defendant to have appeared in this action) in a good faith effort to resolve the issues raised in the motion and counsel for Defendant PetroChina America have represented they are unopposed to the relief requested herein.

Respectfully submitted this 19th day of October, 2023.

**THE LAW OFFICES OF
BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

CASE NO. 9:20-cv-80604-RKA

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this October 19, 2023 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

                                                   */s/ Matthew T. Moore*
                                                   Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159