**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MORIAH AHARON, *et al.*,<br>each on behalf of themselves,<br>and all those similarly situated, | CASE NO. 9:20-cv-80604-RKA<br>CLASS ACTION<br>JURY TRIAL DEMANDED |

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

## PROPOSED ORDER

**THIS CAUSE** came before the Court on Plaintiffs' Unopposed Motion to Conduct Hearing by Zoom.  [DE ____].  The Court having considered the motion, the Record, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion is GRANTED.

**DONE AND ORDERED** in Miami, Florida, this _____ day of October, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record