UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-80604-ALTMAN/Reinhart

**MORIAH AHARON,** *et al.*,

    *Plaintiffs,*

v**.**

**CHINESE COMMUNIST
PARTY,** *et al.*,

    *Defendants.*

_____/

## ORDER FOLLOWING MOTION HEARING

For the reasons stated on the record at the motion hearing on October 20, 2023, we hereby

**GRANT** the Plaintiffs' Motion for a Finding that Service has been Effectuated [ECF No. 101]. By

**October 24, 2023**, the Plaintiffs shall move for clerk's entry of default as to the foreign Defendants.

**DONE AND ORDERED** in the Southern District of Florida on October 23, 2023.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record