UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                      MDL No. 20-MD-2924
PRODUCTS LIABILITY
LITIGATION

                                     JUDGE ROBIN L. ROSENBERG
                                     MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO:

SEILER, RONALD
Case No.: 9:21-cv-81411, filed 8/15/21;
amended 4/12/23

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT
IN ACCORDANCE WITH DESIGNATED CANCER CASES**

       Plaintiff Ronald Seiler (Mr. Seiler), a designated cancer claimant, pursuant to Federal Rule of Civil Procedure 58, moves for an entry of final judgment in accordance with the judgment entered into by this Court in the listed Designated Cancer Cases. (Order Severing Bankruptcy Def., Vacating Prior Entry of Rule 54(B) J.s, Entering Rule 58 Final J. in Certain Designated Cancer Cases, and Requiring Additional Briefing, September 26, 2023, ECF No. 6974.).

       1.     Mr. Seiler filed his original Short Form Complaint on August 15, 2021, alleging multiple products liability and negligence causes of action in addition to unjust enrichment. (Case No. 9:21-cv-81411, ECF No. 1).

       2.     Records evidencing pancreatic cancer were obtained and Plaintiff Ronald Seiler filed his Amended Short Form Complaint on April 12, 2023, to include claims for that designated cancer. (Case No. 9:21-cv-81411, ECF No. 5)

       3.     In the Court's July 21, 2023 Tentative Ruling as to Rule 58 Final Judgments, (ECF No. 6787), the Designated Cancer Cases exhibits included Mr. Seiler. (ECF No. 6787, Exs. 4, 6).

4. Mr. Seiler was also included on the appeal remand list found at ECF No. 6954, as he had filed an appeal.

5. On September 26, 2023, when the Court entered a Final Judgement in favor of Defendants in each case listed as a Designated Cancer Case. (Final J. September 26, 2023, ECF No. 6974-6.), Mr. Seiler was not listed on any of the exhibits so as to be included in the Final Judgment. (*See* Ex. 1, ECF No. 6974-1.) (Ex. 2, ECF No. 6974-2.) (Ex. 3, ECF No. 6974-3) (Ex. 4, ECF No. 6974-4.). While Mr. Seiler's case is not included in the list, it is certainly a Designated Cancer Case, and it was filed prior to November 15, 2021. Plaintiff Ronald Seiler was diagnosed with pancreatic cancer. It is one of the designated cancers, and the Short Form Complaint names the same defendants referred to in the Final Judgment. (Final J., September 26, 2023, ECF No. 6974-5.).

6. In order to preserve the opportunity to timely appeal by October 26, 2023, thirty (30) days from the issue of the Final Judgment, Plaintiff respectfully requests this Court to enter Judgement in according with the Final Judgement filed on September 26, 2023, because this case is and should be considered a Designated Cancer case.

## LOCAL RULE 7.1(a)(3) CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that undersigned counsel for the Plaintiff has conferred with the Brand Name Manufacturer Defendants' lead/liaison counsel, as well as each of the lead counsel for the other Defendants named in the Amended Short Form Complaint (AmerisourceBergen Corp., McKesson Corp., Chattem, Inc., Cardinal Health Inc., and WalMart Inc.) in a good faith effort to resolve the issues raised in the motion and all have authorized undersigned to assert to the Court that this Motion is unopposed.

DATED: October 24, 2023                     Respectfully submitted,

                                            THE LAW OFFICES OF
                                            BERMAN & BERMAN, P.A.
                                            Attorneys for Plaintiffs
                                            Post Office Box 272789
                                            Boca Raton, Florida 33427

Telephone: (561) 826-5200
Facsimile: (561) 826-5201

By: /s/ *Matthew T. Moore*
Matthew T. Moore, Esq.
Florida Bar No.: 70034
mmoore@thebermanlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

By: /s/ *Matthew T. Moore*
Matthew T. Moore, Esq.
