UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;
LEE ANGIOLETTI;
MARIANGELLA MANNING;
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

CASE NO. 9:20-cv-80604-RKA
CLASS ACTION
JURY TRIAL DEMANDED

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT**

Plaintiffs, by and through undersigned counsel, and pursuant to the Court's Order to do so at the hearing held October 20, 2023, [DE 105], hereby file this Motion for Entry of Clerk's Default, and as grounds therefor states as follows:

As the Court has found in granting Plaintiffs' Motion to Find Service Effectuated, [DE 106], Service of Process has been made via the United States' State Department's diplomatic mission on Defendants the CHINESE COMMUNIST PARTY (CCP) and the PEOPLE'S REPUBLIC OF CHINA (PRC).

The time to file a response has expired.

CASE NO. 9:20-cv-80604-RKA

Both the CCP and the PRC have failed to serve any paper on the undersigned or file any paper as required by law.

Plaintiffs respectfully request that the Clerk enter a Clerk's Default as to the CCP and the PRC.

### LOCAL RULE 7.1(a)(3) CERTIFICATION OF COUNSEL

The Court has ordered this Motion to be filed and this course of conduct was discussed among the Court, counsel for Plaintiffs and counsel for PetroChina America at the hearing held October 20, 2023, and thus undersigned does not believe an additional meet and confer is required.

Respectfully submitted this 24th day of October, 2023.

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

By: _/s Matthew T. Moore_
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this October 24, 2023 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

*/s/ Matthew T. Moore*
Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Edward Soto
edward.soto@weil.com
Pravin R. Patel
pravin.patel@weil.com

Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 374-7159