**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MORIAH AHARON, et al.

        PLAINTIFF(S)

        v.

CHINESE COMMUNIST PARTY, et al.,

        DEFENDANT(S).

CASE NUMBER
  9:20−cv−80604−RKA

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Chinese Communist Party**
**People's Republic of China**

as of course, on the date October 25, 2023.

        **Angela E. Noble**
        CLERK OF COURT

        By  _/s/ Jeffrey Adams_
        Deputy Clerk

cc:  Judge Roy K. Altman
     Moriah Aharon

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)