UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-80604-ALTMAN

**MORIAH AHARON,** *et al.*,

    *Plaintiffs*,

v**.**

**CHINESE COMMUNIST
PARTY,** *et al.*,

    *Defendants.*

_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

The Plaintiffs filed a Motion for Clerk's Entry of Default [ECF No. 109], which the Clerk of Court granted, *see* Clerk's Entry of Default [ECF No. 111]. On our review of the record, it appears that the foreign Defendants (the Chinese Communist Party and the People's Republic of China) have indeed failed to respond to the Complaint or otherwise appear in this action. Therefore, we hereby **ORDER and ADJUDGE** that, by **November 8, 2023**, the Plaintiffs must file a motion for default final judgment *only* on the question of subject matter jurisdiction under the Foreign Sovereign Immunities Act (the "FSIA").

The motion for default final judgment must include affidavits that delineate any sums certain due by the Defendants and any other supporting documentation which might be necessary to determine the Plaintiff's measure of damages. The *motion* shall also be accompanied by: (1) the affidavit required by the Servicemembers Civil Relief Act, 50 U.S.C. app. § 521(b), if applicable; (2) a proposed order; and (3) a proposed final judgment.[1] In accordance with the CM/ECF Administrative

---

[1] These last two are required by Local Rule 7.1(a)(2). The proposed order shall explain—in detail—why the Plaintiff is entitled to relief. *Cf. Out-Grow, LLC v. Miami Mushroom*, 2021 WL 2823266, at *3 (S.D. Fla. July 7, 2021) (Altman, J.) ("Conceptually, then, a motion for default judgment is like a reverse motion to dismiss for failure to state a claim." (quoting *Surtain v. Hamlin Terrace Found.*, 789 F.3d 1239,

Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word format** at altman@flsd.uscourts.gov. The Plaintiff shall send a copy of the motion to the Defendants' counsel or to the Defendants if the Defendants do not have counsel. In the certificate of service, the Plaintiff shall note that notice was sent and identify the addresses to which that notice was sent.

If the Defendants fail to move to set aside the Clerk's Default or to respond to the motion for default final judgment within the time permitted by the Rules, default final judgment may be entered, which, simply put, means that the Plaintiff may be able to take the Defendants' property or money, and/or obtain other relief against Defendants.

The Plaintiff's failure to file for a motion for default final judgment within the specified time *will* result in a **dismissal** without prejudice of the Plaintiffs' claims against the foreign Defendants.

This case shall remain **CLOSED** for administrative purposes pending final default.

**DONE AND ORDERED** in the Southern District of Florida on October 25, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

1245 (11th Cir. 2015))).