## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON, *et al*.,
each on behalf of themselves,
and all those similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.

_____/

CASE NO. 9:20-cv-80604-RKA
CLASS ACTION
JURY TRIAL DEMANDED

## **PROPOSED ORDER**

**THIS CAUSE** came before the Court on Plaintiffs' Motion for an extension of time to file their initial brief on FSIA subject matter jurisdiction, and/or for clarification of the need for damages affidavits at this time. The Court having considered the motion, the Record, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion is GRANTED.

**DONE AND ORDERED** in Miami, Florida, this _____ day of November, 2023.


_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record