UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINESE COMMUNIST PARTY, et al., <br><br> Defendants. | Civil Action No. 9:20-cv-80604-RKA |

**DEFENDANT PETROCHINA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR THE COURT TO FIND SUBJECT MATTER JURISDICTION UNDER THE F.S.I.A. FOR THE PURPOSES OF DEFAULT FINAL JUDGMENT**

Defendant PetroChina International (America), Inc. ("**PetroChina**") respectfully submits this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for the Court to Find Subject Matter Jurisdiction Under the F.S.I.A. for the Purposes of Default Final Judgment ("**Plaintiffs' Motion**"). PetroChina respectfully requests that this Court extend the deadline by which it may respond to Plaintiffs' Motion [ECF No. 116] to January 19, 2024, and in support hereof states:

1. The Court's Order on Default Final Judgment Procedure [ECF No. 112] instructed the Plaintiffs to file a motion by November 8, 2023 addressing only whether the Court has subject matter jurisdiction under the Foreign Sovereign Immunities Act (the "**FSIA**") over the People's Republic of China (the "**PRC**") and the Communist Party of China (the "**CCP**").

2. Plaintiffs subsequently moved to extend the November 8, 2023 deadline to December 7, 2023 in an unopposed motion [ECF No. 114].

3. The Court granted Plaintiffs' request and gave them until December 7, 2023 to file their motion addressing only the question of sovereign immunity under the FSIA [ECF No. 115].

4. Rule 7.1(c)(1) of the Local Rules for the Southern District of Florida ("Local Rules") provides that a party has fourteen days after service of a motion to file its response. Local Rule 7.1(a)(1)(J) allows this court to extend this fourteen-day period for good cause.

5. As a result of pre-existing obligations in other matters, the onset of the holiday season and pre-planned vacations of PetroChina's counsel, PetroChina respectfully requests until January 19, 2024 to file its response to Plaintiffs' Motion.

6. This motion is made in good faith and not for purposes of delay.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for PetroChina certifies that it has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. Plaintiffs' counsel does not oppose the relief sought herein.

Dated: December 12, 2023

Respectfully submitted,

*/s/ Edward Soto*
Edward Soto (FBN 0265144)
Edward.Soto@weil.com
Pravin Patel (FBN 0099939)
Pravin.Patel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on December 12, 2023. As such, the foregoing was served electronically upon all counsel of record.

/s/ Edward Soto
Edward Soto (FBN 0265144)
Edward.Soto@weil.com
Pravin Patel (FBN 0099939)
Pravin.Patel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*