**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MORIAH AHARON, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CHINESE COMMUNIST PARTY, et al.,<br><br>　　　　　Defendants. | Civil Action No. 9:20-cv-80604-RKA |

**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR THE COURT TO FIND SUBJECT MATTER JURISDICTION UNDER THE F.S.I.A. FOR THE PURPOSES OF DEFAULT FINAL JUDGMENT**

**THIS CAUSE** comes before the Court on Defendant PetroChina International (America), Inc.'s ("**PetroChina**") Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for the Court to Find Subject Matter Jurisdiction Under the F.S.I.A. for the Purposes of Default Final Judgment (the "**Motion**"). The Court having reviewed all pertinent filings, and being otherwise duly advised in the premises, the Court finds as follows:

**ORDERED AND ADJUDGED** that Defendant PetroChina's Motion is **GRANTED**. Defendant PetroChina may file a response to Plaintiffs' Motion on or before January 19, 2024.

**DONE AND ORDERED** in Chambers, in the Southern District of Florida this ___ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROY K. ALTMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

cc:  Counsel of Record