UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHINESE COMMUNIST PARTY, et al.,<br><br>    Defendants. | Civil Action No. 9:20-cv-80604-RKA |

**MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR DELETION
FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE**

Edward Soto hereby moves this Court for an order permitting him to withdraw as counsel of record for Defendant PetroChina International (America), Inc. and to remove him from the distribution of CM/ECF electronic notifications in this matter. Mr. Soto will be retiring from Weil, Gotshal & Manges LLP on December 31, 2023. Copies of all documents and pleadings relating to this litigation should continue to be served on the existing counsel of record from Weil, Gotshal & Manges LLP. Accordingly, there will be no disruption or delay in this matter or to the representation of the defendant caused by the withdrawal of Mr. Soto.

Dated: December 21, 2023

Respectfully submitted,

*/s/ Edward Soto*
Edward Soto (FBN 0265144)
Edward.soto@weil.com
Pravin R. Patel (Fla Bar. No. 0099939)
Pravin.patel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida  33131
Tel: (305) 577-3100

*Attorneys for Defendant PetroChina International (America), Inc.*