## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINESE COMMUNIST PARTY, et al., <br><br> Defendants. | Civil Action No. 9:20-cv-80604-RKA |

### [PROPOSED] ORDER

**THIS CAUSE** comes before the Court on Edward Soto's Motion to Withdraw as Counsel and Request for Deletion from CM/ECF Electronic Notification Service (the "Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Accordingly, the Clerk shall terminate Edward Soto as counsel for Defendant PetroChina International (America), Inc. and discontinue CM/ECF notice to him in this action.

**DONE AND ORDERED** in Chambers, in Miami, Florida this ___ day of December, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record