UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHINESE COMMUNIST PARTY, et al.,<br><br>Defendants. | Civil Action No. 9:20-cv-80604-RKA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel P. Guernsey hereby makes an appearance as counsel of record for Defendant PETROCHINA INTERNATIONAL (AMERICA), INC., and directs that all responsive pleadings and papers filed in the above action be served upon the following:

Daniel P. Guernsey
Daniel.guernsey@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131

Dated: January 19, 2024

Respectfully submitted,

*/s/ Daniel Guernsey*
Daniel P. Guernsey (FBN 001018031)
Daniel.guernsey@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on January 19, 2024. As such, the foregoing was served electronically upon all counsel of record.

*/s/ Daniel Guernsey*
Daniel P. Guernsey (FBN 001018031)
Daniel.guernsey@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*