UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;   CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;   CLASS ACTION
MARIANGELLA MANNING;   JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF**

Plaintiffs, by and through undersigned counsel, hereby respectfully file this unopposed Motion for an extension of time to file their reply to Defendant PetroChina International (America), Inc.'s ("PetroChina America") response in opposition to Plaintiff's Motion for the Court to find subject matter jurisdiction here as to Defendants the People's Republic of China (PRC) and Chinese Communist Party (CCP). In support thereof, Plaintiffs further state:

1. With leave of Court, PetroChina America filed their response in opposition on January 19, 2024. [DE-122]. Under Local Rule 7.1, Plaintiffs' reply brief is due this coming Friday, January 26, 2024.

2. Plaintiffs respectfully request an additional fourteen (14) days, up through and including February 9, 2024, to file their Reply brief.

3. First, the response in opposition raises issues that require additional research on some fundamental matters presented by the opposition.

4. Second, apart from the press of firm business and two upcoming hearings in other matters next week and the week after (one evidentiary), undersigned is providing litigation support to a colleague in a matter that was called up for trial this week in Hillsborough County Circuit Court, *Jeremiah Delgado v. Dana Schulz*, *et al*. (Case No. 22-CA-003682).

5. This motion is made in the interest of justice and not for the purposes of delay and should not prejudice any of the parties to this action, as it is also unopposed.

6. A Proposed Order is attached.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant this Unopposed Motion for Extension of Time up through and including February 9, 2024, to file their reply brief; and for such other relief as the Court deems just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Prior to filing this Motion and pursuant to this Court's Local Rules, counsel for Plaintiffs has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and Defendant PetroChina America, the only other party presently in this action, has advised they do not oppose the relief sought herein.

Respectfully submitted this 24th day of January, 2024.

                            **THE LAW OFFICES OF**
                            **BERMAN & BERMAN, P.A.**
                            P.O. Box 272789
                            Boca Raton, FL 33427
                            Telephone: (561) 826-5200
                            Fax: (561) 826-5201

                            By:  <u>*/s Matthew T. Moore*</u>
                            Matthew T. Moore, Esq.
                            Fla. Bar No. 70034
                            Primary: service@thebermanlawgroup.com
                            Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this January 24, 2024 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

                                           */s/ Matthew T. Moore*
                                           Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Pravin R. Patel
pravin.patel@weil.com
Daniel P. Guernsey
Daniel.Guernsey@weil.com


Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 305-374-7159