**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MORIAH AHARON, *et al.*,<br>each on behalf of themselves,<br>and all those similarly situated, | CASE NO. 9:20-cv-80604-RKA<br>CLASS ACTION<br>JURY TRIAL DEMANDED |

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

**PROPOSED ORDER**

**THIS CAUSE** came before the Court on Plaintiffs' Unopposed Motion for an Extension of Time to File Their Reply Brief. [DE ____]. The Court having considered the motion, the Record, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion is GRANTED.

Plaintiffs shall have up through and including February 9, 2024 to file their Reply Brief.

**DONE AND ORDERED** in Miami, Florida, this _____ day of January, 2024.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record