UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON;
JORDAN G. KUPPINGER, M.D.;
DAMON J. DETESO, M.D.;
ROSANNA CARUSO;
CHRISTOPHER PAYTON;           CASE NO. 9:20-cv-80604-RKA
LEE ANGIOLETTI;               CLASS ACTION
MARIANGELLA MANNING;          JURY TRIAL DEMANDED
LYNNORA VASQUEZ; and
REBECCA MADDEN, each on
behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

CHINESE COMMUNIST PARTY;
PEOPLE'S REPUBLIC OF CHINA; and
PETROCHINA INTERNATIONAL
(AMERICA), INC.

Defendants.
_____/

**PLAINTIFFS' SECOND MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF**

Plaintiffs, by and through undersigned counsel, hereby respectfully file this Motion for a brief *one business day* extension of time to file their reply to Defendant PetroChina International (America), Inc.'s ("PetroChina America") response in opposition to Plaintiff's Motion for the Court to find subject matter jurisdiction here as to Defendants the People's Republic of China (PRC) and Chinese Communist Party (CCP). In support thereof, Plaintiffs further state:

1. With leave of Court, Plaintiffs' Reply brief is currently due this Friday, February 9, 2004.

2. Undersigned has been working diligently on the brief, but yesterday discovered that his phone and personal information had been compromised by a phishing attack, and lost much of the day to rectifying the issue.

3. Thus, a brief one business day extension of time up through and including, Monday. February 12, 2024 is respectfully requested.

4. This motion is made in the interest of justice and not for the purposes of delay and should not prejudice any of the parties to this action, as it is also unopposed.

5. Undersigned has spoken with counsel for PetroChina America, who does not anticipate an issue with agreement to this request, but is still waiting on a response from his client. Given the timing, Plaintiffs have filed without that confirmation in an abundance of caution.

6. A Proposed Order is attached.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion for Extension of Time up through and including February 12, 2024, to file their reply brief; and for such other relief as the Court deems just and proper.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Prior to filing this Motion and pursuant to this Court's Local Rules, counsel for Plaintiffs has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion, including emails and voice messages to opposing counsel on Wednesday, February 7, 2024, with follows this morning. Undersigned then spoke with Pravin Patel, counsel for PetroChina America this morning, who was waiting for confirmation from his client as to their position as to the relief sought herein, but as of now their position is unknown.

Respectfully submitted this 8th day of February, 2024.

                         **THE LAW OFFICES OF**
                         **BERMAN & BERMAN, P.A.**
                         P.O. Box 272789
                         Boca Raton, FL 33427
                         Telephone: (561) 826-5200
                         Fax: (561) 826-5201

                         By: _/s Matthew T. Moore_
                         Matthew T. Moore, Esq.
                         Fla. Bar No. 70034
                         Primary: service@thebermanlawgroup.com
                         Secondary: mmoore@thebermanlawgroup.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
*MORIAH AHARON, et al. v. COMMUNIST PARTY OF CHINA, et al.*
CASE NO. 9:20-cv-80604-RKA

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this February 8, 2024 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list, including the following attorneys of record.

                                    */s/ Matthew T. Moore*
                                    Matthew T. Moore, Esq.

*Counsel for Plaintiffs*

Matthew T. Moore
mmoore@thebermanlawgroup.com

The Law Offices of
Berman & Berman, P.A.
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201


*Counsel for PetroChina International (America), Inc.*

Pravin R. Patel
pravin.patel@weil.com
Daniel P. Guernsey
Daniel.Guernsey@weil.com


Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
305-577-3177
Fax: 305-374-7159