UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-80604-ALTMAN/Reinhart

**MORIAH AHARON,** *et al.*,

    *Plaintiffs*,

*v.*

**CHINESE COMMUNIST PARTY**, *et al.*,

    *Defendants*.

_____/

## ORDER OF REFERRAL

The Plaintiffs have filed a "Motion for the Court to Find Subject Matter Jurisdiction Under the F.S.I.A. for the Purposes of Default Final Judgment." [ECF No. 116]. Pursuant to Rule 72 of the Federal Rules of Civil Procedure, we hereby **ORDER** that this Motion [ECF No. 116] is **REFERRED** to United States Magistrate Judge Bruce E. Reinhart for a report and recommendation.

**DONE AND ORDERED** in the Southern District of Florida on October 22, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record