UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHINESE COMMUNIST PARTY, et al.,<br><br>Defendants. | Civil Action No. 9:20-cv-80604-RKA |

**JOINT MOTION FOR EXTENSION OF DEADLINES TO FILE OBJECTIONS AND RESPONSES TO OBJECTIONS FOR REPORT AND RECOMMENDATION**

Defendant PetroChina International (America), Inc. ("**PetroChina**") and Plaintiffs (collectively, the "**Moving Parties**") respectfully submit this Joint Motion for Extension of Deadlines to File Objections and Responses to Objections for Report and Recommendation (the "**Motion**"). The Moving Parties respectfully request that this Court extend the deadline by which they may file their objections and responses to objections for the Report and Recommendation Regarding Plaintiff's Motion for Subject Matter Jurisdiction under FSIA [ECF No.130] (the "**R&R**"), and in support hereof state:

1. On November 25, 2024, Judge Reinhart issued the R&R.

2. Under Federal Rule of Civil Procedure 72(b)(2), for dispositive motions, such as those regarding the Court's subject matter jurisdiction, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy."

3. Under Federal Rule of Civil Procedure 6(b)(1) "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . ."

4. Good cause exists for an extension of the deadlines to objection and respond to objections for the R&R. Counsel for the respective Moving Parties were away and traveling for the Thanksgiving holidays last week. Lead counsel for PetroChina also had a family medical emergency last week.

5. Therefore, the Moving Parties submit the following schedule for objections and responding to objections for the R&R:

| Event | Deadline |
| --- | --- |
| Objections to R&R | December 20, 2024 |
| Responses to Objections to R&R | January 10, 2025 |

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), respective counsel for the Moving Parties certify that they have conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. The Moving Parties are in agreement with the extended deadlines above.

Dated: December 2, 2024

Respectfully submitted,

/s/ *Pravin R. Patel*
Pravin Patel (FBN 0099939)
Daniel P. Guernsey (FBN 001018031)
Pravin.Patel@weil.com
Daniel.Guernsey@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*


**THE LAW OFFICES OF
BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

By: /s/ *Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on December 2, 2024. As such, the foregoing was served electronically upon all counsel of record.

/s/ Pravin R. Patel
Pravin Patel (FBN 0099939)
Daniel P. Guernsey (FBN 001018031)
Pravin.Patel@weil.com
Daniel.Guernsey@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*