## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINESE COMMUNIST PARTY, et al., <br><br> Defendants. | Civil Action No. 9:20-cv-80604-RKA |

**JOINT MOTION FOR EXTENSION OF DEADLINES TO FILE OBJECTIONS AND RESPONSES TO OBJECTIONS FOR REPORT AND RECOMMENDATION**

Plaintiffs and Defendant PetroChina International (America), Inc. ("**PetroChina**") (collectively, the "**Moving Parties**") respectfully submit this Joint Motion for Extension of Deadlines to File Objections and Responses to Objections for Report and Recommendation (the "**Motion**"). The Moving Parties respectfully request that this Court extend the deadline by which they may file their objections and responses to objections for the Report and Recommendation Regarding Plaintiffs' Motion for Subject Matter Jurisdiction under FSIA [ECF No. 130] (the "**R&R**"), and in support hereof state:

1. On November 25, 2024, Judge Reinhart issued the R&R.

2. Under Federal Rule of Civil Procedure 72(b)(2), for dispositive motions, such as those regarding the Court's subject matter jurisdiction, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the

proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy."

3. On December 2, 2024, the Moving Parties filed a joint motion [ECF No. 131] requesting a brief extension of the deadlines by which they must file any objections to the R&R and responses to objections to the R&R to December 20, 2024 and January 10, 2025, respectively.

4. The Court granted the motion on December 2, 2024 [ECF No. 132].

5. Under Federal Rule of Civil Procedure 6(b)(1) "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . ."

6. Good cause exists for an extension of the deadlines to objection and respond to objections for the R&R. While counsel for the respective Moving Parties have been working on their respective objections to the R&R, they need a brief two week extension due to hearing and deposition obligations in other cases and the intervening holidays.

7. Therefore, the Moving Parties submit the following schedule for objections and responding to objections for the R&R:

| Event | Deadline |
| --- | --- |
| Objections to R&R | January 3, 2025 |
| Responses to Objections to R&R | January 24, 2025 |

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), respective counsel for the Moving Parties certify that they have conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. The Moving Parties are in agreement with the extended deadlines above.

Dated: December 19, 2024

Respectfully submitted,

/s/ Matthew T. Moore
Matthew T. Moore, Esq. (Fla. Bar No. 70034)
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com
Vincent J. Duffy, Esq. (Fla. Bar No. 82151)
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com
**THE LAW OFFICES OF
BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

*Counsel for Plaintiffs*

/s/ Pravin R. Patel
Pravin Patel (FBN 0099939)
Daniel P. Guernsey (FBN 001018031)
Pravin.Patel@weil.com
Daniel.Guernsey@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on December 19, 2024. As such, the foregoing was served electronically upon all counsel of record.

/s/ Matthew T. Moore
Matthew T. Moore, Esq. (Fla. Bar No. 70034)
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com
**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

*Counsel for Plaintiffs*