UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINESE COMMUNIST PARTY, et al., <br><br> Defendants. | Civil Action No. 9:20-cv-80604-RKA |

**[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF DEADLINES TO FILE OBJECTIONS AND RESPONSES TO OBJECTIONS FOR REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on Defendant PetroChina International (America), Inc.'s and Plaintiffs' Joint Motion for Extension of Deadlines to File Objections and Responses to Objections for Report and Recommendation (the "**Motion**"). The Court having reviewed all pertinent filings, and being otherwise duly advised in the premises, the Court finds as follows:

**ORDERED AND ADJUDGED** the Motion is **GRANTED**. Objections to the Report and Recommendation Regarding Plaintiff's Motion for Subject Matter Jurisdiction under FSIA [ECF No. 130] are due January 3, 2024. Responses to objections are due January 24, 2025.

**DONE AND ORDERED** in Chambers, in the Southern District of Florida this \_\_\_ day of _____, 2024.

 

_____
ROY K. ALTMAN
UNITED STATES DISTRICT COURT JUDGE

cc:  Counsel of Record