UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON, et al.,

           Plaintiffs,

vs.

CHINESE COMMUNIST PARTY, et al.,

           Defendants.

Civil Action No. 9:20-cv-80604-RKA

**UNOPPOSED MOTION FOR BRIEF THREE DAY EXTENSION OF TIME
TO FILE RESPONSES TO OBJECTIONS
TO MAGISTRATE'S REPORT AND RECOMMENDATION**

Plaintiffs respectfully submit this Unopposed Motion for a Brief Three Day Extension of Time to file responses to objections to the Magistrate's Report and Recomendatons (the "Motion"). Plaintiffs make this request globally such that Defendant PetroChina International (America), Inc. ("PetroChina") would have the same extension. And in support thereof further state:

    1.    On November 25, 2024, Judge Reinhart issued his Report and Recommendation Regarding Plaintiffs' Motion for Subject Matter Jurisdiction under FSIA [D.E. 130] (the "R&R")

    2.    The Court previously granted an extension of the deadlines for the Objections and Responses. [D.E. 134]. Plaintiffs and PetroChina timely filed their respective Objections pursuant to that Order, on January 3, 2025. Responses to the Objections are due January 24, 2025.

    3.    Plaintiffs are making a request for a brief three day extension of time over the coming weekend, such that the Parties would have up to and including Monday, January 27, 2025 to file their Responses.

4. Under Federal Rule of Civil Procedure 6(b)(1) "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . ."

5. Good cause exists for this brief extension of the Response deadline. Undersigned was called up to trial last Monday, January 13, 2025, in Marion County in the matter of *Bradley A. Hicks v. Kin Transport, LLC, et al.*, Case No. 2023-CA-000107 (Marion Cty. Cir. Ct.). The case settled during trial, however the preparation leading up to the trial led to other matters being moved into this week, including preparation for another trial in Marion County currently set for February 3, 2025 (*Gina Crumley as Personal Representative of the Estate of Dane Z. Crumley v. Postal Fleet Services, Inc., et al.*, Case No. 2023-CA-2223).

6. Thus, Plaintiffs request this brief three day extension of time for Plaintiffs and PetroChina to file their Responses.

7. This Motion is made in good faith and not for the purposes of delay.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he has conferred with PetroChina, the only Defendant who has appeared, and counsel for PetroChina has confirmed that there is no opposition to this Motion and its requested relief.

Dated: January 22, 2025

Respectfully submitted,

/s/ Matthew T. Moore
Matthew T. Moore, Esq. (Fla. Bar No. 70034)
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com
**THE LAW OFFICES OF
BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200

Fax: (561) 826-5201

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on January 22, 2025. As such, the foregoing was served electronically upon all counsel of record.

/s/ *Matthew T. Moore*
Matthew T. Moore, Esq. (Fla. Bar No. 70034)
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com
**THE LAW OFFICES OF
BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

*Counsel for Plaintiffs*