## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINESE COMMUNIST PARTY, et al., <br><br> Defendants. | Civil Action No. 9:20-cv-80604-RKA |

### [PROPOSED] ORDER UNOPPOSED MOTION FOR BRIEF THREE DAY EXTENSION OF TIME TO FILE RESPONSES TO OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on D Plaintiffs' Unopposed Motion for a Brief Three Day Extension of Time to file responses to objections to the Magistrate's Report and Recomendatons (the "Motion"). The Court having reviewed all pertinent filings, and being otherwise duly advised in the premises, the Court finds as follows:

**ORDERED AND ADJUDGED** the Motion is **GRANTED**. Responses to Objections filed as to the Report and Recommendation Regarding Plaintiff's Motion for Subject Matter Jurisdiction under FSIA [D.E. 130] are due January 27, 2025

**DONE AND ORDERED** in Chambers, in the Southern District of Florida this ____ day of _____, 2025.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record