## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINESE COMMUNIST PARTY, et al., <br><br> Defendants. | Civil Action No. 9:20-cv-80604-RKA |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE Giana SanGiovanni hereby makes an appearance as counsel of record for Defendant PETROCHINA INTERNATIONAL (AMERICA), INC., and directs that all responsive pleadings and papers filed in the above action be served upon the following:

Giana SanGiovanni
Giana.SanGiovanni@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131

Dated: January 30, 2025

Respectfully submitted,

*/s/ Giana SanGiovanni*
Pravin R. Patel (FBN 0099939)
Pravin.patel@weil.com
Daniel Guernsey (FBN 1018031)
Daniel.guernsey@weil.com
Giana SanGiovanni (FBN 1050419)
Giana.SanGiovanni@weil.com

**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on January 30, 2025.  As such, the foregoing was served electronically upon all counsel of record.

/s/ *Giana SanGiovanni*
Giana SanGiovanni (FBN 1050419)