UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHINESE COMMUNIST PARTY, et al.,<br><br>    Defendants. | Civil Action No. 9:20-cv-80604-RKA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alli G. Katzen hereby makes an appearance as counsel of record for Defendant PETROCHINA INTERNATIONAL (AMERICA), INC., and directs that all responsive pleadings and papers filed in the above action be served upon the following:

Alli G. Katzen
Alli.Katzen@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131

Dated: February 3, 2025

                              Respectfully submitted,

                              */s/ Alli Katzen*
                              Alli G. Katzen (FBN 1024803)
                              Alli.Katzen@weil.com
                              **WEIL, GOTSHAL & MANGES LLP**
                              1395 Brickell Avenue, Suite 1200
                              Miami, Florida 33131
                              (305) 577-3100 (Telephone)
                              (305) 374-7159 (Facsimile)

                              *Counsel for Defendant PetroChina*
                              *International (America), Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on February 3, 2025. As such, the foregoing was served electronically upon all counsel of record.

/s/ Alli Katzen
Alli G. Katzen (FBN 1024803)
Alli.katzen@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant PetroChina International (America), Inc.*