# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINESE COMMUNIST PARTY, et al., <br><br> Defendants. | Civil Action No. 9:20-cv-80604-RKA |

## MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE

Giana SanGiovanni hereby moves this Court for an order permitting her to withdraw as counsel of record for Defendant PETROCHINA INTERNATIONAL (AMERICA), INC. and to remove her from the distribution of CM/ECF electronic notifications in this matter. Ms. SanGiovanni will be ending her employment at Weil, Gotshal & Manges LLP on March 13, 2025. Copies of all documents and pleadings relating to this litigation should continue to be served on the existing counsel of record from Weil, Gotshal & Manges LLP. Accordingly, there will be no disruption or delay in this matter or to the representation of Defendant caused by the withdrawal of Ms. SanGiovanni.

Dated: March 12, 2025

Respectfully submitted,

*/s/ Giana SanGiovanni*
Giana SanGiovanni (FBN 1050419)
Giana.SanGiovanni@weil.com
Pravin R. Patel (FBN 0099939)
Pravin.Patel@weil.com
Daniel Guernsey (FBN 1018031)
Daniel.Guernsey@weil.com
Alli G. Katzen (FBN 1024803)
Alli.Katzen@weil.com

**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131

Telephone: (305) 577-3100
Facsimile: (305) 374-7159

*Attorneys for Defendant PetroChina International (America), Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on March 12, 2025. As such, the foregoing was served electronically upon all counsel of record.

*/s/ Giana SanGiovanni*
Giana SanGiovanni (FBN 1050419)