**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MORIAH AHARON, et al.,

             Plaintiffs,

    vs.

CHINESE COMMUNIST PARTY, et al.,

             Defendants.

Civil Action No. 9:20-cv-80604-RKA

**[PROPOSED] ORDER**

**THIS CAUSE** comes before the Court on Giana SanGiovanni's Motion to Withdraw as Counsel and Request for Deletion from CM/ECF Electronic Notification Service (the "Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Accordingly, the Clerk shall terminate Giana SanGiovanni as counsel for Defendant PetroChina International (America), Inc. and discontinue CM/ECF notice to her in this action.

**DONE AND ORDERED** in Chambers, in Miami, Florida this ___ day of March, 2025.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record