## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHINESE COMMUNIST PARTY, et al., <br><br> Defendants. | Civil Action No. 9:20-cv-80604-RKA |

## **PETROCHINA INTERNATIONAL (AMERICA), INC.'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant PetroChina International (America), Inc. hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the May 27, 2025 Order Adopting in Part and Rejecting in Part Report and Recommendation (ECF No. 145), which found, in relevant part, that Counts VI-IX of Plaintiffs' First Amended Class Action Complaint (ECF No. 19) were not barred by the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 et seq.

Dated: June 26, 2025

                                          Respectfully submitted,

                                          */s/ Pravin R. Patel*
                                          Pravin Patel (FBN 0099939)
                                          Daniel P. Guernsey (FBN 001018031)
                                          Pravin.Patel@weil.com
                                          Daniel.Guernsey@weil.com
                                          Alli Katzen (FBN 1024803)
                                          Alli.Katzen@weil.com
                                          **WEIL, GOTSHAL & MANGES LLP**
                                          1395 Brickell Avenue, Suite 1200
                                          Miami, Florida 33131
                                          (305) 577-3100 (Telephone)
                                          (305) 374-7159 (Facsimile)

                                          *Counsel for Defendant PetroChina International (America), Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on June 26, 2025. As such, the foregoing was served electronically upon all counsel of record.

>/s/ Pravin R. Patel
>Pravin Patel (FBN 0099939)
>Pravin.Patel@weil.com
>**WEIL, GOTSHAL & MANGES LLP**
>1395 Brickell Avenue, Suite 1200
>Miami, Florida 33131
>(305) 577-3100 (Telephone)
>(305) 374-7159 (Facsimile)
>
>*Counsel for Defendant PetroChina International (America), Inc.*