UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MORIAH AHARON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHINESE COMMUNIST PARTY, et al.,<br><br>　　　　Defendants. | Civil Action No. 9:20-cv-80604-RKA |

**MOTION TO WITHDRAW COUNSEL AND REQUEST FOR DELETION
FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE**

Movant PetroChina International (America), Inc. ("PCIA") respectfully requests that this Court grant Daniel Guernsey leave to withdraw his appearance as counsel for PCIA, and that Mr. Guernsey's name be removed from the CM/ECF service list for this matter. Mr. Guernsey ended his employment at Weil, Gotshal & Manges LLP. PCIA will continue to be represented by the undersigned counsel from Weil, Gotshal & Manges LLP, who has also appeared as counsel of record. Remaining counsel has notified PCIA and opposing counsel of the request for withdrawal. Accordingly, there will be no disruption or delay in this matter or to the representation of PCIA caused by the withdrawal of Mr. Guernsey. Copies of all documents and pleadings relating to this litigation should continue to be served on the existing counsel of record from Weil, Gotshal & Manges LLP.

Dated: December 23, 2025                                Respectfully submitted,

*/s/ Pravin R. Patel*
Pravin R. Patel (FBN 0099939)
Pravin.Patel@weil.com
Alli G. Katzen (FBN 1024803)
Alli.Katzen@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

*Attorneys for Defendant PetroChina International (America), Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on December 23, 2025.  As such, the foregoing was served electronically upon all counsel of record.

                                            */s/ Pravin R. Patel*  
                                            Pravin R. Patel (FBN 0099939)