### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

MORIAH AHARON, et al.,

        Plaintiffs,

    v.

CHINESE COMMUNIST PARTY, et al.,

        Defendants.

Civil Action No. 9:20-cv-80604-RKA

### [PROPOSED] ORDER

**THIS CAUSE** comes before the Court on PetroChina International (America), Inc.'s Motion to Withdraw Counsel and Request Deletion from CM/ECF Electronic Notification Service (the "Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Accordingly, the Clerk shall terminate Daniel Guernsey as counsel for Defendant PetroChina International (America), Inc. and discontinue CM/ECF notice to him in this action.

**DONE AND ORDERED** in Chambers, in Miami, Florida this ___ day of December, 2025.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record